**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                   Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT T. KENNEDY, | ) | |
| | ) | No.  08  C 1862 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BUTLER FINANCIAL SOLUTIONS, LLC and | ) | |
| HERITAGE WARRANTY INSURANCE RISK | ) | JUDGE KOKORAS |
| RETENTION GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF FILING: ATTORNEY'S APPEARANCE FOR
HERITAGE WARRANTY INSURANCE RISK RETENTION GROUP, INC.

Please take notice that we have filed electronically with the Clerk of Court this 9th day of April, 2008, defendant Heritage Warranty Insurance Risk Retention Group, Inc.'s Appearance by John K. Kallman, one of its attorneys.

/s/ John K. Kallman

John K. Kallman
one of the attorneys
for defendant Heritage Warranty Insurance Risk Retention Group, Inc.
221 North LaSalle Street
Suite 1200
Chicago, IL 60601
(312) 578-1515

notice of filing.wpd

**CERTIFICATE OF SERVICE**

       John K. Kallman, the attorney for defendant, certifies that a true copy of the foregoing pleading has been filed electronically in the ECF system, and mechanically served upon each of the following parties

N/A

this   __9th__   day of   __April__  , 2008, by:

○    **delivery, before 4:00 p.m.**

○    **fax transmission**

**X**    **depositing the same in the United States post box at 221 N. LaSalle St., Chicago, postage fully prepaid, before 5:00 p.m.**

                                                        /s/ John K. Kallman