**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT T. KENNEDY,** | ) | |
| | ) | |
| plaintiff, | ) | |
| | ) | **No.   08 C 1862** |
| vs. | ) | |
| | ) | |
| **BUTLER FINANCIAL SOLUTIONS, LLC,** *et al.*, | ) | **JUDGE CHARLES P. KOKORAS** |
| | ) | **MAGISTRATE JUDGE COLE** |
| defendants. | ) | |

**NOTICE OF MOTION**

**To:**   see attached service list

    **Please take notice** that at 9:30 a.m. on ___**April 17**___, 2008, or as soon thereafter as I may heard, I shall appear before the Honorable Charles P. Kokoras, or any judge sitting in his stead, in the courtroom usually occupied by him, Room 1725, 219 S. Dearborn Street, Chicago, Illinois, and present defendant Heritage Warranty Insurance Risk Retention Group, Inc.'s Fed. R. Civ. P. 12(b)(1) and (6) Motion to Dismiss and Memorandum in support, at which time and place you may appear, if you deem fit.

| | |
|---|---|
| **John K. Kallman**<br>**one of Heritage's attorneys**<br>**221 North LaSalle Street**<br>**Suite 1200**<br>**Chicago, IL  60601**<br>**(312) 578-1515** | _/s/ John K. Kallman_ |

**CERTIFICATE OF SERVICE**

    John K. Kallman, the attorney for defendant, states that the foregoing pleading has been electronically filed and service accomplished pursuant to ECF as to counsel of record, all of whom are Filing Users, except for the following, who were served by depositing the same in the United States Mail post box at 221 N. LaSalle St., Chicago, Illinois, postage fully prepaid, before 5:00 p.m. this 11th day of April, 2008:

**see attached service list**

and under penalties of perjury as provided by law, certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters certifies as aforesaid that he verily believes the same to be true.

                                                                                             _/s/ John K. Kallman_

### Service List: Kennedy v. Butler, et al., No. 08 C 1862

**James C. Shah, Esq.**
**Shepherd Finkelman Miller & Shah**
**35 E. State Street**
**Media, PA 19063**

**Scott Rhead Shepherd, Esq.**
**Shepherd Finkelman Miller & Shah**
**1640 Town Center Circle**
**Suite 216**
**Weston, FL 33326**

**Douglas P. Dehler, Esq.**
**Shepherd Finkelman Miller & Shah**
**111 E. Wisconsin Avenue**
**Suite 1750**
**Milwaukee, WI 53202**

**James E. Miller, Esq.**
**Shepherd Finkelman Miller & Shah**
**65 Main Street**
**Chester, CT 60412**

**Jeffrey A. Berens, Esq.**
**Jeffrey A. Berens LLC**
**8691 E. 26th Avenue**
**Denver, CO 80238**

**Michael Murphy Tannen, Esq.**
**39 S. LaSalle Street**
**Suite 905**
**Chicago, IL 60603**