**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 C 1862
ROBERT T. KENNEDY
v.
BUTLER FINANCIAL SOLUTIONS, LLC, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Robert T. Kennedy

| | |
|---|---|
| NAME (Type or print) | |
| George N. Vurdelja, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ George N. Vurdelja, Jr. | |
| FIRM | |
| Harrison & Held, LLC | |
| STREET ADDRESS | |
| 333 W. Wacker Drive, Suite 1700 | |
| CITY/STATE/ZIP | |
| Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6181504 | 312-753-6161 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐