IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT T. KENNEDY, | ) |
| Plaintiff, | ) Case No. 1:08-cv-01862 |
| v. | ) Judge Charles P. Kocoras |
| BUTLER FINANCIAL SOLUTIONS, LLC, *et al.*, | ) Magistrate Judge Jeffrey Cole |
| Defendants. | ) |

**MOTION OF DEFENDANT BUTLER FINANCIAL
SOLUTIONS LLC TO JOIN 12B(1) MOTION FILED BY
DEFENDANT HERITAGE WARRANTY RISK RETENTION GROUP**

Defendant Butler Financial Solutions, LLC ("Butler"), through its attorneys, Law Offices of Michael Murphy Tannen, P.C., hereby tenders its motion to join the Rule 12(b)(1) motion to dismiss Plaintiff's complaint filed by Defendant Heritage Warranty Risk Retention Group ("Heritage"). In support thereof, Butler states as follows:

1. Plaintiff's complaint, originally filed in federal court in Florida, was recently transferred to federal court in this district pursuant to Butler's motion to transfer per 28 U.S.C.A. 1404(a). The federal court in Florida denied as moot other then pending motions.

2. Defendant Heritage, Butler's insurer of claims arising under vehicle service contracts, tendered full payment of Plaintiff Robert Kennedy's claim to Plaintiff's counsel or about November 5, 2007. Plaintiff refused Heritage's tender of full payment.

3. The full tender of the relief sought by Plaintiff moots Plaintiff's claim and robs him of standing.

4.    For the reasons set forth on pages 5-8 of Heritage's memorandum of law in support of its Fed.R.Civ.P. 12(b) motion to dismiss, Butler asserts that Plaintiff's complaint is moot, Plaintiff Robert Kennedy lacks standing, and Plaintiff's complaint must be dismissed.

5.    Butler joins Heritage's motion to dismiss Plaintiff's complaint on these grounds.

WHEREFORE, Defendant Butler Financial Solutions, LLC hereby moves to join that portion of Defendant Heritage Warranty Risk Retention Group's motion to dismiss pursuant to Federal Rule 12(b) on the grounds that full payment of Plaintiff's claim was tendered and refused, and therefore, Plaintiff's claim is moot and Plaintiff lacks standing. Defendant Butler Financial Solutions, LLC respectfully requests that this Court dismiss Plaintiff's Complaint and grant such other relief as this Court deems just and proper.

Respectfully submitted,

LAW OFFICES OF MICHAEL MURPHY TANNEN, P.C.

By: s/ *Michael M. Tannen*
Attorneys for Butler Financial Solutions, LLC

Michael M. Tannen (#6204635)
Jim D. DeMars (#6292689)
Law Offices of Michael Murphy Tannen, P.C.
39 S. LaSalle Street, Suite 905
Chicago, IL 60603
(312) 641-6650

2