IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT T. KENNEDY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08-cv-01862 |
| | ) | |
| v. | ) | Judge Charles P. Kocoras |
| | ) | |
| BUTLER FINANCIAL SOLUTIONS, LLC, *et al.*, | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on the 17th day of April, 2008, at 9:30 a.m., we shall then and there appear before the Honorable Judge Charles P. Kokoras in Room 1725 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present Butler Financial Solutions, LLC's attached **Motion to Join 12b(1) Motion filed by Defendant Heritage Warranty Risk Retention Group,** a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

LAW OFFICES OF MICHAEL MURPHY TANNEN, P.C.

By: s/ *Michael M. Tannen*
   Attorneys for Butler Financial Solutions, LLC

Law Offices of Michael Murphy Tannen, P.C.
Michael M. Tannen (#6204635)
Jim D. DeMars (#6292689)
9 S. LaSalle Street, Suite 905
Chicago, IL 60603
(312) 641-6650

## CERTIFICATE OF SERVICE

      Michael M. Tannen, the attorney for Defendant Butler Financial Solutions, LLC, certifies that a true copy of the foregoing pleading has been filed electronically in the ECF system and service accomplished pursuant to ECF as to counsel of record, except for the following who were served *via* regular mail by depositing the same in the United States post box at 39 S. LaSalle Street, Chicago, Illinois, postage fully prepaid, before 6:00 p.m. this 15th day of April, 2008:

Scott R. Shepherd
Shepherd, Finkelman, Miller & Shah, LLC
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: (954) 943-9191
Facsimile: (954) 943-9173

Jeffrey A. Berens
Law Offices of Jeffrey A. Berens, LLC
8691 E. 26th Avenue
Denver, CO 80238
Telephone: (561) 838-4500
Facsimile: (561) 514-3447

Nisha S. Wright
Ruden, McClosky, Smith, Schuster & Russell
222 Lakeview Avenue
Suite 800
West Palm Beach, FL 33401
Telephone: (561) 838-4500
Facsimile: (561) 514-3447

James E. Miller
Shepherd Finkelman Miller & Shah, LLC
65 Main Street
Chester, CT 06412

Douglas P. Dehler
Shepherd, Finkelman, Miller & Shah, LLC
111 East Wisconsin Ave., Ste. 1750
Milwaukee, WI 53202
Telephone: (414) 226-9900
Facsimile: (414) 226-9905

James C. Shah
Shepherd, Finkelman, Miller & Shah, LLC
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883

John Joseph Shahady
Adorno & Yoss
350 E. Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301
Telephone: (954) 763-1200

                                                                    *s/ Michael M. Tannen*