**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Robert T. Kennedy

                      Plaintiff,

v.                               Case No.: 1:08−cv−01862
                                          Honorable Charles P. Kocoras

Butler Financial Solutions, LLC, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 17, 2008:

    MINUTE entry before Judge Honorable Charles P. Kocoras:Motion hearing held on 4/17/2008. Defendant Heritage Warranty Insurance Risk Retention Group's motion [65] to dismiss, and defendant Butler Financial Solutions' motion [71] to join said motion to dismiss, are entered and continued to 4/29/2008 at 9:30 a.m.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.