**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| ROBERT T. KENNEDY, On Behalf of Himself and All Others Similarly Situated,  ) | |
| ) | Case No: 1:08-cv-01862 |
| Plaintiff,  ) | |
| ) | Judge George M. Marovich |
| vs.  ) | |
| ) | Magistrate Judge Jeffrey Cole |
| BUTLER FINANCIAL SOLUTIONS, LLC, a Delaware Limited Liability Company, and HERITAGE WARRANTY INSURANCE RISK RETENTION GROUP, INC., f/k/a HERITAGE WARRANTY MUTUAL INSURANCE RISK RETENTION GROUP, INC., a South Carolina corporation,  ) | |
| Defendants.  ) | |

## NOTICE OF MOTION

**TO:** Service List

PLEASE TAKE NOTICE that on May 6, 2008 at 10:30 a.m. I shall appear before the Honorable George M. Marovich in courtroom 1944C of the Dirksen Federal Building, Chicago, Illinois, and then and there present PLAINTIFF'S MOTION FOR REASSIGNMENT OF RELATED ACTION PURSUANT TO LOCAL RULE 40.4, a copy of which is hereby served upon you.

By: /S/George N. Vurdelja, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the aforementioned document to the above-listed addressees by filing electronically with the Court's ECF System on April 28, 2008.

By: /S/George N. Vurdelja, Jr.

Harrison & Held
333 W. Wacker Drive, Suite 1700
Chicago, IL  60606
(312) 753-6161

## SERVICE LIST

- **Thomas M. Dee**
  tom.dee@husch.com

- **John M. Heaphy**
  jheaphy@harrisonheld.com,fbruder@harrisonheld.com

- **John Kenneth Kallman**
  jkkallman@sbcglobal.net

- **Joel B Samson**
  joel.samson@husch.com,kim.yocks@husch.com

- **Scott Rhead Shepherd**
  sshepherd@sfmslaw.com

- **Michael Murphy Tannen**
  mtannen@tannenlaw.com,adminassistant@tannenlaw.com

- **George N. Vurdelja , Jr**
  gvurdelja@harrisonheld.com

# Manual Notice List

**Jeffrey A. Berens**
Jeffrey A Berens LLC
8691 E 26th Avenue
Denver, CO 80238

**Douglas P. Dehler**
Shepherd Finkelman Miller & Shah, LLC
111 East Wisconsin Avenue
Suite 1750
Milwaukee, WI 53202

**James E. Miller**
Shepherd Finkelman Miller & Shah, LLC
65 Main Street
Chester, CT 06412

**James C. Shah**
Shepherd Finkelman Miller & Shah
35 E State Street
Media, PA 19063

**John Joseph Shahady**
Adorno & Yoss
350 E Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301

**Nisha S. Wright**
Ruden McClosky Smith Schuster & Russell
222 Lakeview Avenue
Suite 800
West Palm Beach, FL 33401