**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Robert T. Kennedy

                                          Plaintiff,

v.                                                                                Case No.: 1:08−cv−01862
                                                                               Honorable Charles P. Kocoras

Butler Financial Solutions, LLC, et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Charles P. Kocoras:Status and motion hearing held on 4/29/2008. Motion [71] of defendant Butler Financial Solutions LLC to join 12(b)(1) motion [65] filed by defendant Heritage Warranty Risk Retention Group, is granted. Plaintiffs are given to 5/29/2008 to answer said motion [65] to dismiss. Reply is due 6/12/2008. The Court will rule by mail. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.