**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT T. KENNEDY,** | ) | |
| | ) | |
| plaintiff, | ) | |
| | ) | **No.   08 C 1862** |
| vs. | ) | |
| | ) | **JUDGE GEORGE M. MAROVICH** |
| **BUTLER FINANCIAL SOLUTIONS, LLC,** *et al.*, | ) | **JUDGE CHARLES P. KOCORAS** |
| | ) | **MAGISTRATE JUDGE COLE** |
| defendants. | ) | |

**NOTICE OF MOTION**

**To:**   see attached service list

   Please take notice that at 10:30 a.m. on   May 6   , 2008, or as soon thereafter as I may heard, I shall appear before the Honorable George M. Marovich, or any judge sitting in his stead, in the courtroom usually occupied by him, Room 1944-C, 219 S. Dearborn Street, Chicago, Illinois, and present defendant Heritage Warranty Insurance Risk Retention Group, Inc.'s Motion to Stay Hearing on Motion for Reassignment of Related Action Pursuant to Local Rule 40.4, at which time and place you may appear, if you deem fit.


John K. Kallman                                                     /s/ John K. Kallman
one of Heritage's attorneys
221 North LaSalle Street
Suite 1200
Chicago, IL  60601
(312) 578-1515

---

**CERTIFICATE OF SERVICE**

   John K. Kallman, the attorney for defendant, states that the foregoing pleading has been electronically filed and service accomplished pursuant to ECF as to counsel of record, all of whom are Filing Users, except for the following, who were served by depositing the same in the United States Mail post box at 221 N. LaSalle St., Chicago, Illinois, postage fully prepaid, before 5:00 p.m. this 11th day of April, 2008:

N/A

and under penalties of perjury as provided by law, certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters certifies as aforesaid that he verily believes the same to be true.


                                                                                /s/ John K. Kallman