# United States District Court
# Northern District of Illinois



In the Matter of

Robert T. Kennedy

v.

Butler Financial Solutions, LLC, et al.

Case No. 08 C 1862

Designated Magistrate Judge
Jeffrey Cole

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Charles P. Kocoras** to be related to **07 C 3539** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge George M. Marovich

Dated: May 6, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **George M. Marovich**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: MAY - 8 2008

Finding of Relatedness (Rev. 9/99)