### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ROBERT T. KENNEDY, On Behalf of Himself and All Others Similarly Situated,   ) | |
| ) | Case No: 1:08-cv-01862 |
| Plaintiff,   ) | Judge George M. Marovich |
| ) | |
| vs.   ) | |
| ) | Magistrate Judge Jeffrey Cole |
| BUTLER FINANCIAL SOLUTIONS, LLC, a Delaware Limited Liability Company, and HERITAGE WARRANTY INSURANCE RISK RETENTION GROUP, INC., f/k/a HERITAGE WARRANTY MUTUAL INSURANCE RISK RETENTION GROUP, INC., a South Carolina corporation,   ) | |
| Defendants.   ) | |

### NOTICE OF MOTION

**TO:**   Service List

PLEASE TAKE NOTICE that on Tuesday June 10, 2008 at 10:30 a.m. I shall appear before the Honorable George M. Marovich in courtroom 1944C of the Dirksen Federal Building, Chicago, Illinois, and then and there present PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, a copy of which is hereby served upon you.

By:   /S/George N. Vurdelja, Jr.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the aforementioned document to the above-listed addressees by filing electronically with the Court's ECF System on May 29, 2008.

By:   /S/George N. Vurdelja, Jr.

Harrison & Held
333 W. Wacker Drive, Suite 1700
Chicago, IL  60606
(312) 753-6161

**SERVICE LIST**

- **Thomas M. Dee**
  tom.dee@husch.com

- **John M. Heaphy**
  jheaphy@harrisonheld.com, fbruder@harrisonheld.com

- **John Kenneth Kallman**
  jkkallman@sbcglobal.net

- **Joel B Samson**
  joel.samson@husch.com, kim.yocks@husch.com

- **Scott Rhead Shepherd**
  sshepherd@sfmslaw.com

- **Michael Murphy Tannen**
  mtannen@tannenlaw.com, adminassistant@tannenlaw.com

- **George N. Vurdelja , Jr.**
  gvurdelja@harrisonheld.com

- **Jeffrey A. Berens**
  Jberens@sfmslaw.com

- **Douglas P. Dehler**
  DDehler@sfmslaw.com

- **James E. Miller**
  JMiller@sfmslaw.com

- **James C. Shah**
  JShah@sfmslaw.com