**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| ROBERT T. KENNEDY, On Behalf of Himself and All Others Similarly Situated, ) ) ) | Case No: 1:08-cv-01862 |
| Plaintiff, ) ) ) | Judge George M. Marovich |
| vs. ) ) ) | Magistrate Judge Jeffrey Cole |
| BUTLER FINANCIAL SOLUTIONS, LLC, a Delaware Limited Liability Company, and HERITAGE WARRANTY INSURANCE RISK RETENTION GROUP, INC., f/k/a HERITAGE WARRANTY MUTUAL INSURANCE RISK RETENTION GROUP, INC., a South Carolina corporation, ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

**NOTICE OF FILING**

**TO:** Service List

PLEASE TAKE NOTICE that on May 29, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED.R.CIV.P. 23(a) AND 23(b)(3), a copy of which is hereby served upon you.

By: /S/George N. Vurdelja, Jr.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he served a copy of the aforementioned document to the above-listed addressees by filing electronically with the Court's ECF System on May 29, 2008.

By: /S/George N. Vurdelja, Jr.

Harrison & Held
333 W. Wacker Drive, Suite 1700
Chicago, IL  60606
(312) 753-6161

## SERVICE LIST

- **Thomas M. Dee**
  tom.dee@husch.com

- **John M. Heaphy**
  jheaphy@harrisonheld.com, fbruder@harrisonheld.com

- **John Kenneth Kallman**
  jkkallman@sbcglobal.net

- **Joel B Samson**
  joel.samson@husch.com, kim.yocks@husch.com

- **Scott Rhead Shepherd**
  sshepherd@sfmslaw.com

- **Michael Murphy Tannen**
  mtannen@tannenlaw.com, adminassistant@tannenlaw.com

- **George N. Vurdelja , Jr.**
  gvurdelja@harrisonheld.com

- **Jeffrey A. Berens**
  Jberens@sfmslaw.com

- **Douglas P. Dehler**
  DDehler@sfmslaw.com

- **James E. Miller**
  JMiller@sfmslaw.com

- **James C. Shah**
  JShah@sfmslaw.com