# EXHIBIT 2

# DECLARATION PAGE

**Warrantybynet**

This is your CUSTOMER CONTRACT NUMBER. Please use this number in any phone or written communication.

| YOUR CONTRACT NUMBER | YOUR CONTRACT PLAN CODE | SELLING DEALER CODE | NEW / USED |
|---|---|---|---|
| WWTN39388 | 72100UK7 | 720045 | ✓ NEW |

**CONTRACT HOLDER (You, Your):** CHARLES C. MITSCHOW

**CONTRACT HOLDER ADDRESS:** (Phone: (860)858-9908)
259 LITCHFIELD TURNPIKE
NEW PRESTON, CT 06777

**DESCRIPTION OF YOUR VEHICLE:**

| YEAR | MAKE | MODEL | VEHICLE ID NUMBER | CONTRACT CHARGE | DEDUCTIBLE |
|---|---|---|---|---|---|
| 2000 | Chevrolet | BLAZER | 1GNDT13W3Y2179706 | $1,500.00 | $0.00 |

FULL PAY
✓ PAY AS YOU GO

REDUCING DEDUCTIBLE (Does not apply unless checked yes)

**TERM**

| MONTHS | MILEAGE |
|---|---|
| 72 | 100000 |

**ADDITIONAL:** 4WD

**CONTRACT PURCHASE DATE:** 6/12/2003
**ODOMETER MILEAGE AT CONTRACT PURCHASE DATE:** 35331

**DEALER/LESSOR:** Warrantybynet
**ADDRESS:** 393 Mantoloking Rd. Brick, NJ 08723
**DEALER PHONE NUMBER:** (800) 962-4720
**AUTHORIZED DEALER SIGNATURE:** [signature]

**CONTRACT PURCHASE DATE:** 6/12/2003
**DATE:** 6/12/2003

**LIENHOLDER:** (Entity financing VSC) [blank]

VEMECO
Administrator
Vemeco, Inc.
P.O. Box 410
Alvarado, TX 76009
1-800-543-8801 (NATL)

*(Sideways text left margin):* If this Vehicle Service Contract has been financed, the Lienholder shall be entitled to any refunds resulting from the cancellation of this Vehicle Service Contract for whatever reason. This would include cancellation for non-payment, repossession of the vehicle, or total loss of the vehicle.

*New vehicle plan [Premier (plan code UK7) and Peak (plan code XD7) Advantage Series] expiration is measured in time/mileage from the Contract Purchase Date and zero (0) miles.
*Used vehicle plan [Powertrain (plan code XP7), Select (plan code XF7), and Value (plan code XD7) Advantage Series] expiration is measured in time/mileage from the Contract Purchase Date and Odometer Mileage (at Contract Purchase Date).

*All vehicle plans require a mandatory "Waiting Period" before Coverage takes effect. The "Waiting Period" is 30 days and 1,000 miles from the Contract Purchase Date and Odometer Mileage at Contract Purchase Date.

The definition of "We, Us and Our" used frequently throughout the Vehicle Service Contract is defined as BUTLER FINANCIAL SOLUTIONS, L.L.C., 2300 CORPORATE BLVD., NW, SUITE 214, BOCA RATON, FL 33431. Please refer to the Vehicle Service Contract for additional Definitions.

Our obligations under this Vehicle Service Contract are insured by a policy issued by [Heritage Warranty Mutual Insurance Risk Retention Group, Inc.], 1550 South 70th Street, Lincoln, Nebraska 68596, under a motor Vehicle Service Contract reimbursement policy, and reinsured by American Re®. - a national A+ rated company and a member of the Munich Re Group®. If a covered claim is not paid within sixty (60) days, [except in Arizona thirty (30) days], after proof of loss has been filed, You may file a claim directly with the Insurance Company. Please call 1-800-543-8801 for instructions.

H250502WBN0502Rev 03/03

*(Handwritten):* BUTLER FINANCIAL [signature]

## IMPORTANT INFORMATION YOU NEED TO KNOW

CUSTOMER SUPPORT NUMBER – Please see the box labeled **Your Contract** Number on the **Declaration Page**. This is Your CUSTOMER SUPPORT NUMBER. Please refer to this number in any written or verbal communication, such as requesting information or filing a claim.
**PURCHASE OF THIS VEHICLE SERVICE CONTRACT IS NOT REQUIRED IN ORDER TO PURCHASE OR FINANCE A MOTOR VEHICLE.**

## THINGS TO DO NOW

The **Declaration Page** is an important part of this Agreement. It is **Your** responsibility to notify **Us** if any information is incorrect. Please read all sections carefully and if are unclear about any information call **Us** at 1-800-962-4720. Refer to the bold printed number in any verbal or written communication, such as requesting information or filing a claim.

Check Plan Code – Not every part of **Your Vehicle** is covered by this **Contract**. Coverage is identified by the last three (3) letters of the Plan Code as shown on the **Declaration Page** of this **Contract**. Please compare the last 3 letters of the Plan Code on the **Declaration Page** with the Plan Code and Corresponding **Coverage** as listed under **Mechanical Coverage**. If this box was left blank, or Plan Code is inaccurate, contact **Your Administrator** immediately.

Check **Your Deductible** – Please check the box labeled DEDUCTIBLE on **Your Declaration Page**. A number should be in the box which identifies the portion of the covered repair **You** will be required to pay if **You** have a claim. If this box was left blank, contact **Your Administrator** immediately.

NOTE: This **Contract** is not valid unless **You** have signed the **Declaration Page** and it has been affixed to the front of this **Contract**.

## THINGS YOU MUST DO THROUGHOUT THE TERM OF YOUR CONTRACT

**Properly Maintain Your Vehicle and KEEP THE RECEIPTS** – This **Contract** is only valid if **Your Vehicle** has been maintained in accordance with the manufacturer's specifications. Keep copies of all receipts (oil changes, lubrication, etc.), as proof of maintenance may be required when **You** file a claim. SEE SECTION: "GENERAL PROVISIONS" FOR SPECIFIC MAINTENANCE REQUIREMENTS.

Obtain approval PRIOR to having work performed that may be covered by this **Contract**. If **You** believe the failure may be covered by this **Contract**, call the **Administrator** personally, or instruct the repair facility performing the work to call and **Register** the claim BEFORE THE WORK IS PERFORMED. SEE SECTION: "WHAT TO DO IN THE EVENT OF A BREAKDOWN".

## DEFINITIONS

The following definitions apply to words frequently used in this **Contract** and appear in **Bold Faced Type**:

**You, Your** – Means the **Contract** Holder shown on the **Declaration Page** or the person to whom this **Contract** was properly transferred.

**We, Us, Our** – Means the obligor of this **Contract** as stated on the **Declaration Page** attached to this **Contract**.

**Administrator** – Means The Administrator as shown on the **Declaration Page**.

**Contract** – Means this Vehicle Service **Contract** which **You** have purchased from **Us** to protect **Your Vehicle**.

**Declaration Page** – Means the numbered document which must be attached to and forms part of this **Contract**. It lists information regarding **You**, **Your Vehicle**, **Coverage** selected, and other vital information.

**Mechanical Coverage** – Lists the **Coverages** provided to **You** for **Your Vehicle** under this **Contract**.

**Coverage** – Means the protection **You** have selected, as listed under Mechanical **Coverage** Section.

**Your Vehicle** – Means the vehicle which is described on the **Declaration Page**.

**Deductible** – Means the amount **You** are required to pay, as shown on the **Declaration Page**, for covered **Breakdowns**. Once a part is repaired or replaced under the terms of this **Contract**, there will be no **Deductible** for future repairs to that part.

**Breakdown or Mechanical Failure** – These terms are used interchangeably and mean the failure of a covered part under normal service. A covered part has failed when it can no longer perform the function for which it was designed solely because of its condition and not because of the action or inaction of any non-covered parts. **Subsequent Damages** resulting from the **Breakdown or Mechanical Failure** of a covered part are covered by this **Contract**, except when **You** have failed to perform the recommended maintenance services for **Your Vehicle**.

**Subsequent Damage** – Means the direct or immediate damage to a non-covered part occurring as a singular event or failure originating with the failure of a covered part.

**Consequential Damage** – Means an event or damage that occurs separately as a consequence or result of the failure of a covered or non-covered part, such as, loss of time or use, inconvenience, commercial loss, personal injury or property damage.

**Registered** – Means a claim has been **Registered** only when the **Administrator** has been contacted and has issued a claim reference number.

**Pre-existing** – Means a condition that within all reasonable mechanical probability relates to the mechanical fitness of **Your Vehicle** prior to **Contract** issuance.

**Preferred Repair Facility** – A Repair Facility that has been selected and assigned by the **Administrator** to provide quality service to the customer.

## GENERAL PROVISIONS

This **CONTRACT** is between **US** and **YOU**, and is subject to all the Terms and Conditions contained herein.

1. **CONTRACT PERIOD**
   Coverage under this **Contract** begins 30 days and 1,000 miles from the **Contract** Purchase Date and Odometer Mileage at **Contract** Purchase Date and will expire according to the time and/or mileage of the term/miles selected, whichever occurs first, as shown on the **Declaration Page**.
   a) New Vehicle Plan (Premier and Peak Advantage Series) expiration is measured in time/mileage from the **Contract** Purchase Date and zero (0) miles.
   b) Used Vehicle Plan (Powertrain, Select, and Value Advantage Series) expiration is measured in time/mileage from the **Contract** Purchase Date and Odometer Mileage (at **Contract** Purchase Date).

2. **COVERAGE**
   The **Coverage** afforded **You** for **Your Vehicle** is fully described in this **Contract**. Please see section: "Mechanical Coverage" of this **Contract**.

3. **BREAKDOWN OF COVERED PARTS**
   **We** will pay or reimburse **You** for reasonable costs to repair or replace any **Breakdown** of a part listed under **Mechanical Coverage**. REPLACEMENT PARTS MAY BE NEW, REMANUFACTURED, OR REPLACEMENT PARTS OF LIKE KIND AND QUALITY. If necessary, the repair facility will be paid, less **Your Deductible** (if any), by the **Administrator**'s national charge card system (MasterCard or VISA) on **Your** behalf.

4. **DEDUCTIBLE**
   In the event of a **Breakdown** covered by this **Contract**, **You** may be required to pay a **Deductible**. No **Deductible** payment is required with respect to Towing/Road Service, Rental, Trip Interruption, and Lost Key/Lockout **Coverages**, if they are provided by this **Contract**.
   **You** have a Per Repair Visit **Deductible**, as shown on the **Declaration Page**, the **Deductible** amount will be applied on a per repair visit basis. Should a covered **Breakdown** take more than one visit to repair, only one **Deductible** will apply for that **Breakdown**.
   In addition, if **You** bring **Your Vehicle** to a **Preferred Repair Facility**, $50 (fifty) dollars of any **Deductible** will be waived. Our **Administrator** will assist **You** in locating a **Preferred Repair Facility**.

5. **TERRITORY**
   This **Contract** applies only to **Breakdown** that occur and repairs made within the United States of America and Canada.

6. **LIMITS OF LIABILITY**
   a. Per Repair Visit – **Our** liability for any one (1) Repair Visit shall in no event exceed the trade-in value of **Your Vehicle** at the time of said Repair Visit, as listed in the Kelly Blue Book Used Car Guide.
   b. Aggregate – The total of all claims and benefits paid or payable while this **Contract** is in force shall not exceed the price **You** paid for **Your Vehicle** (excluding tax, title and license fees).

1

H520502WBN0602Rev 02/03

## GENERAL PROVISIONS CONT'D

7. **MAINTENANCE REQUIREMENTS**
   a. You must have Your Vehicle checked and serviced in accordance with the manufacturer's recommendations, as outlined in the Owner's Manual. NOTE: Your Owner's Manual lists different servicing recommendations based on Your individual driving habits and climate conditions. You are required to follow the maintenance schedule that applies to Your conditions. Failure to follow the manufacturer's recommendations that apply to Your specific conditions may result in the denial of Coverage. If an Owner's Manual is not provided, You can contact the Administrator and the servicing recommendations will be provided to You.
   b. It is required that verifiable receipts be retained for the service work. Or, if You perform Your own service, You must retain verifiable receipts showing purchases of all required parts and materials necessary to perform the required maintenance showing the date and mileage when the services were performed. Maintenance and/or service work receipts may be requested by the Administrator.

8. **TRANSFER OF YOUR VEHICLE SERVICE CONTRACT**
   a. Your Contract may be transferable to someone to whom You sell or otherwise transfer Your Vehicle while this Contract is still in force. This Contract cannot be transferred if the title transfer of Your Vehicle passes through an entity other than the subsequent buyer, or Your Vehicle is sold or traded to a dealership, leasing agency or entity/individual in the business of selling vehicles. This Contract can only be transferred once and the transfer must be initiated by the original Contract Holder.
   b. To transfer, the following must be submitted to the Administrator within 30 days of the change of ownership to a subsequent individual purchaser:
      - A completed transfer form; with
      - Name and Address of New owner, date of sale to new owner, current mileage; and
      - $50.00 Transfer Fee made payable to the Administrator.
   c. Any remaining manufacturer's warranty must also be transferred at the same time as vehicle ownership transfer. Copies of all maintenance records showing actual oil changes and manufacturers maintenance must be given to the new owner. These maintenance records must be retained along with similar documentation for future maintenance work which the new owner has performed in accordance with the Maintenance Requirements of this Contract. If necessary, these documents will be verified by the Administrator.

9. **OUR RIGHT TO RECOVER PAYMENT**
   If You have a right to recover against another party for anything We have paid under this Contract, Your rights shall become Our rights. You shall do whatever is necessary to enable Us to enforce these rights. We shall recover only the excess after You are fully compensated for Your loss.

10. **REPAIR INSPECTIONS**
    We reserve the right to inspect Your Vehicle to evaluate covered repairs.

11. **FINANCIAL AGREEMENTS**
    If this Agreement was financed (purchased on a payment plan) by a funding party, they shall be entitled to any refund(s) resulting from cancellation of this Agreement for any reason including repossession of Your Vehicle, or total loss of Your Vehicle. Failure to make monthly payments in a timely manner may result in cancellation of this Agreement and no refund will be due. Should a claim arise before this Agreement is paid in full, the balance owed will be deducted from the claim payment.

12. **REFUND POLICY FOR PRE-AUTHORIZED CHECK PAYMENTS**
    If payment has been made by a pre-authorized check(s), You must submit all original cancelled pre-authorized check(s) to the funding party. For purposes of refund, photocopies of pre-authorized check(s) are not accepted. With receipt of Your refund, Your original pre-authorized check(s) will be returned to You.

13. **REINSTATEMENT**
    If this Vehicle Service Contract is cancelled due to non-payment, We reserve the option to reinstate the Agreement. As a condition of reinstatement, the full amount of Contract price must be paid and We will not be responsible or liable to You for any Mechanical Failure to Your Vehicle during the first thirty (30) days and 1,000 miles from the effective date and miles at the time of the Reinstatement Notice.

14. **VEHICLE SERVICE CONTRACT RENEWAL**
    Contracts may be renewed depending on the odometer's mileage and age of vehicle at the time of renewal. This Vehicle Service Contract may be renewed at Our option, provided that the vehicle is not more than ten (10) model years old and has less than 100,000 total odometer miles. Please contact Us at least 30 days and 1,000 miles prior to the expiration of this Agreement to be eligible for the renewal.

15. **TAXES**
    Coverage includes State and local taxes where applicable.

16. **FLUIDS**
    Coverage includes fluids to complete a covered repair.

17. **SEALS AND GASKETS**
    All Seals and Gaskets for the specific components listed are covered, as either an individual repair or in conjunction with the repair of a covered component.

## CANCELLATION OF YOUR CONTRACT

a. You may cancel this Contract by sending a letter of cancellation along with the Contract to 393 Mantoloking Rd., Brick, NJ 08723. A notarized statement indicating the odometer reading must be submitted.

b. We may cancel this Contract for non-payment of the Contract charge, or for misrepresentation in the submission of a claim. We may cancel this Contract if Your Vehicle is found to be modified in a manner not recommended by the manufacturer, or Your Vehicle is found to be used as a commercial vehicle.

c. If Your Vehicle and this Contract have been financed, the lienholder shown on the Declaration Page may cancel this Contract for non-payment or if Your Vehicle is declared a total loss or is repossessed.

d. If this Contract is cancelled within the first thirty (30) days and no claims have been filed, We will refund the entire Contract charge paid. If this Contract is cancelled after the first thirty (30) days or a claim has been filed, We will refund an amount of the Contract charge according to the pro-rata method reflecting the greater of the days in force or the miles driven based on the term/miles selected and the date Coverage begins, less a twenty five ($25.00) dollar administrative fee. In the event of cancellation, the lienholder, if any, will be named on a cancellation refund check as their interest may appear. The total amount of all authorized claims will be deducted from all refunds.

## WHAT TO DO IN THE EVENT OF A BREAKDOWN

A. **IF YOUR VEHICLE INCURS A BREAKDOWN, YOU MUST TAKE THE FOLLOWING STEPS TO FILE A CLAIM:**
   1. **Prevent Further Damage** – Take immediate action to prevent further damage. This Contract will not cover the damage caused by not securing a timely repair when a Breakdown has occurred. The operator is responsible for observing vehicle warning lights and gauges, and taking appropriate action immediately. Failure to do so, may result in the denial of Coverage.
   2. **Take Your Vehicle to a Licensed Repair Facility** - If Your Vehicle breaks down, take Your Vehicle to any licensed repair facility (You may contact the Administrator for help in locating a repair facility).
   3. **Provide Repair Facility with a copy of Your Contract and/or Your Contract Number.**
   4. **Register repairs with the Administrator** – Prior to any repair being made, instruct the Service Manager at the repair facility to contact the Administrator to Register the claim. Any claim for repairs that have not been Registered will not be covered except as provided under Emergency Repairs. The amount Registered with the Administrator is the maximum amount that will be paid for repairs covered under the terms of the Contract. Any additional amount must be Registered with the Administrator, prior to submitting the claim for payment.
   5. **Authorize Teardown and/or Inspection** – In some cases, You may need to authorize the repair facility to inspect and/or teardown Your Vehicle in order to determine the cause and cost of the repair. You will be responsible for these charges if the failure is not covered under this Contract. We reserve the right to require an inspection of Your Vehicle prior to any repair being made.
   6. **Review Coverage** – After the Administrator has been contacted, review with the Service Manager what will be covered by this Contract.

Mar 26 08 05:13p    Mitschow                                        704-684-5014                    p.3

## WHAT TO DO IN THE EVENT OF A BREAKDOWN CONT'D

7. **Pay any applicable Deductible** – We will pay the repair facility or You for the cost of the work performed on **Your Vehicle** that is covered by this **Contract** and previously authorized, less the **Deductible** (if any). Once authorization is obtained, and the repair is completed, all repair orders and documentation must be submitted to the **Administrator** within sixty (60) days to be eligible for payment.
8. **Emergency Repairs** - Should an emergency occur which requires a **Breakdown** repair be made at a time when, due to circumstances beyond **Our** control, the **Administrator's** office cannot be contacted, **You** must call the **Administrator's** office within five (5) business days from the date of repair to determine if such repair will be covered by this **Contract**. If covered, **You** will be reimbursed for the repair.

**B. IF YOUR VEHICLE BREAKS DOWN ON THE ROAD:**
Follow the same steps as above. If necessary, the repair facility will be paid, less **Your Deductible** (if any), by the **Administrator's** national charge card system (MasterCard or VISA) on **Your** behalf. In some case, **You** may need to pay the repair bill in full. If so, **You** will be reimbursed for the **Registered** amount of the repair, less **Your Deductible** (if any). If **You** have any questions regarding claim procedures or **Coverages**, please call the **Administrator** at the number below and ask for a Customer Support Representative:

Vemeco, Inc.
P. O. Box 410
Alvarado, TX 76009
Customer Service/Claims (800) 543-8801*
Available 24 hrs/day–365 days/year
*For Towing/Road Service and Lost Key/Lockout assistance, Call (888) 248-8289

## SERVICE MANAGER'S GUIDE TO FILING A CLAIM
## STEPS TO FOLLOW WHEN FILING A CLAIM:

1. **Advise Contract Holder** – That evaluating the cause of the failure does not mean that the failure is covered under this **Contract**. All covered repairs must be **Registered** with the **Administrator**.
2. **Contract Holder's Approval for Evaluation** – Obtain approval from the **Contract Holder** to inspect and/or teardown vehicle to determine cause and cost of repair. Save all components including fluids and filters, in the event the **Administrator** requires an inspection. Inform the **Contract Holder** that the cost of the teardown will not be paid if the failure of the component disassembled is not covered under the **Contract**.
3. **Cause, Cure and Cost** – Assess the problem(s), cause, cure of the failure and cost of the repairs.

NOTE: Any major component failure that has a verifiable complaint, i.e., slipping transmission, knocking engine, etc., should be called in prior to any teardown.

4. **Register the Repair with the Administrator** – Call the **Administrator's** Service Manager's Support representative at (800) 543-8801 to Register the claim. Please have the following items ready when you place the call:
   a. Customer's **Contract** Number
   b. Cause of Failure and Cure
   c. Cost of the Repair
   d. Factory Part Number(s)
5. The Support Representative will verify the **Coverage** and –
   A. **Register Claim** – The **Administrator** will **Register** the claim by issuing a Reference Number. Record this Reference Number on the Repair Order. The **Registered** claim amount is the maximum that will be paid. Any additional amounts must be **Registered** with the **Administrator**, prior to submitting the claim for payment.
   OR
   B. **Request Additional Evaluation** – Request further evaluation, teardown or outside inspection.
      I. Inspection – The **Administrator** reserves the right to require an inspection of the vehicle prior to any repair being accomplished. Diagnostic procedures not associated with the teardown are not covered.
      II. Teardown – If a teardown is necessary in order to determine the cause of failure, the **Contract Holder** must approve the teardown. Please advise the **Contract Holder** that, if the component disassembled is not covered, then the **Contract Holder** must pay for the teardown.
      Listed below is the Inspection Teardown Policy:
         a. Save all components, including fluids and filters, that need to be inspected.
         b. The Support Representative will arrange for inspection.
         c. If not visited within 48 hours, call the Support Representative.
   OR
   C. **Deny Claim** – Deny the request and issue a Reference Number.
6. **Review Repairs with Contract Holder** – After the **Administrator** has been contacted, review with the **Contract Holder** what will be covered by the **Contract** and what portions of the repairs, if any, will not be covered.
7. **Contract Holder's Approval for Repairs** – Obtain the **Contract Holder's** approval to complete the repairs. All repair orders must have customer's signature.
8. **Submit Repair Orders for Payment** – All repair orders and documentation must be submitted to the **Administrator**, at the address noted under "What To Do In The Event Of A Breakdown" within sixty (60) days.

## MECHANICAL COVERAGE
## POWERTRAIN SERIES 1-5 (Plan Code XP7)

1. **Engine:** Cylinder Block, Cylinder Head(s), Rotary Housing and all internal lubricated parts contained within the engine including: Pistons; Piston Rings; Connecting Rod Bearings; Crankshaft; Crankshaft Main Bearings; Camshaft; Camshaft Bearings; Cam Followers; Timing Chain or Belt; Timing Gears, Guides, Tensioners; Rocker Arms; Rocker Shafts; Rocker Bushings; Cylinder Head Valves; Valve Guides; Valve Lifters; Valve Springs; Valve Seals; Valve Retainers; Valve Seats; Push Rods; Water Pump; Fuel Pump; Oil Pump and Oil Pump Housing; Harmonic Balancer; Oil Pan; Timing Chain Cover; Intake and Exhaust Manifolds; Valve Covers; Engine Mounts; Cam Gear Bolt; Harmonic Balancer Bolt; Head Bolts; and Seals and Gaskets.

2. **Turbocharger/Supercharger:** (factory installed only) Turbocharger/Supercharger Housing and All Internal Parts; and Seals and Gaskets.

3. **Transmission:** (Automatic or Standard) Transmission Case and all Internal Parts plus: Torque Converter, Flywheel/Flex Plate, Vacuum Modulator; Electronic Shift Control Unit; Transmission Cooler; Transmission Mounts; Oil Pan; Slave/Clutch Master Cylinder; Pilot Bearing; Throw-Out Bearing; and Seals and Gaskets.

4. **Transfer Case:** Transfer Case and All Internal Parts; and Seals and Gaskets.

5. **Drive Axle:** (Front and Rear) Drive Axle Case; All Internal Parts contained within the Drive Axle; Locking Hubs; Drive Shafts; Center Support Bearings; Universal Joints; Constant Velocity Joints; Axle Bearings; Four-Wheel Drive Actuator; Differential Cover; and Seals and Gaskets.



## SELECT SERIES 1-9 (Plan Code XF7)

**6. Steering:** All Internal Parts contained within the Steering Box; Rack and Pinion Gear; Power Steering Pump; Power Steering Hoses; Steering Knuckles; Pitman Arm; Idler Arm; Tie Rod Ends and Drag Link; Steering Dampner; Upper and Lower Steering Column Shafts and Couplings, including Internal Tilt-Wheel Mechanism; Steering Box and Rack and Pinion Gear Housings; Power Steering Assist Cylinder; Power Steering Pump Cooler; Twin "I" Beam & Bushings; and Steering Travel Stop. **Rear Wheel Steering:** Rear Steering Shaft and Couplings; Power Cylinder and Pump; Electronic Control Unit/Solenoid; Phase Control Unit; Stepper Motor; Steering Box; Control Valve; Rack; Tie Rod Ends; and Seals and Gaskets.

**7. Brakes:** Master Cylinder; Power Brake Cylinder; Vacuum/Hydro Assist Booster; Disc Brake Caliper; Wheel Cylinders; Compensating Valve; Brake Hydraulic Lines and Fittings; Hydraulic Control Unit; Hydraulic Trailer Brake Assembly and it's Components. The following ABS Parts are also covered: Electronic Control Processor; Wheel Speed Sensors; Hydraulic Pump/Motor Assembly; Pressure Modulator Valve/Isolation Dump Valve; Accumulator; and Seals and Gaskets.

**8. Electrical:** Alternator; Voltage Regulator; Starter Motor; Starter Solenoid and Starter Drive; Engine Compartment Wiring Harness; Computerized Timing Control Unit; Electronic Ignition Module; Crank Angle Sensor; Knock Sensor; Ignition Switch; Ignition Switch Lock Cylinder; Front and Rear Window Wiper Motor, Washer Pump and Switch; Stop Lamp Switch; Headlamp Switch; Turn Signal Switch; Heater/A.C. Blower Speed Switch; Manual Heater/A.C. Control Head; Horns; Trailer Brake Wiring Harness; Auxiliary Power Supply Wiring; Exterior Cab Lighting; Auxiliary Fuel Tank Switching Unit and Switch; and O-2 Sensors.

**9. Air Conditioner:** Condenser; Compressor, Compressor Clutch and Pulley; Air Conditioning Lines and Hoses; Evaporator; Idler Pulley and Idler Pulley Bearing; High/Low Compressor Cut-off Switch; Expansion Valve; Pressure Cycling Switch; and Seals and Gaskets. The following parts are also covered if they are required in connection with the repair of a covered part listed above: Accumulator/Receiver Dryer; Orifice Tube; Oil and Refrigerant.

## PEAK AND VALUE ADVANTAGE SERIES 1-13 (Plan Code XD7)

**10. Front and Rear Suspension:** Upper and Lower Control Arms; Control Arm Shafts and Bearings or Bushings; Upper and Lower Ball Joints; Radius Arm and Bushings; Torsion Bars, Mounts and Bushings; Stabilizer Bar, Links and Bushings; Struts; Strut Bearing Plates; Spindle and Spindle Support; Wheel Bearings; Panhard Bar; Track Bar; Suspension Bumpers; Leaf Springs; Leaf Spring Shackles and Hardware; Load Assist Shocks; Shocks; Load Assist Springs; Coil Springs; and Seals and Gaskets. **Variable Dampening Suspension:** Compressor; Control Module; Dampening Actuator; Solenoid; Struts; Height Sensor; Mode Selector Switch; and Seals and Gaskets.

**11. Enhanced Electrical:** Automatic Climate Control Programmer; Electronic Instrument Cluster; Mileage Computer; Distributor; Ignition Coil; Electronic Combination Entry System (Does Not Include Transmitters and Receivers for Remote Locks); Cruise Control Module, Transducer, Servo and Amplifier; Powertrain Control Module; Headlamp Motors; Power Window Motor; Power Seat Motor; Power Mirror Motor; Power Antenna Motor/Mast Assembly; Convertible Top Motor; Power Sunroof Motor; Power Window Switch; Cruise Control Engagement Switch; Power Seat Switch; Power Mirror Motor Switch; Rear Defogger Switch; Power Door Lock Actuator and Switch.

**12. Fuel Delivery:** Fuel Injection Pump and Injectors; Vacuum Pump; Fuel Tank; Fuel Tank Sending Unit; Metal Fuel Delivery Lines; Fuel Pressure Regulator; and Fuel Tank Switching Unit/Switch.

**13. Cooling:** Engine Cooling Fan and Motor; Fan Clutch; Belt Tensioner; Radiator; Heater Core; Thermostat; Blower Motor; Hot Water Valve; Engine Oil Cooler; Cooler Lines and Fittings.

## PREMIER ADVANTAGE SERIES (Plan Code UK7)

**Premier Advantage Series:** We will pay or reimburse You for reasonable cost to repair or replace any Breakdown of all parts listed under Mechanical Coverage and any other parts, except for those items listed in the Exclusions Section of this Contract.

## PREMIER WRAP SERIES

| Hyundai/Kia | Isuzu | Volkswagen | Chrysler | All Others |
|---|---|---|---|---|
| (Plan Code HU7) | (Plan Code IW7) | (Plan Code VU7) | (Plan Code CW7) | (Plan Code WK7) |

**Premier Wrap Series:** We will pay or reimburse You for reasonable costs to repair or replace any Breakdown of all parts listed under Mechanical Coverage and any other parts, except for Engine, Turbocharger/Supercharger, Transmission, Transfer Case, and Drive Axle components as listed in the Powertrain Series and except for those items listed under the Exclusions Section of this Contract.

## SURCHARGED OPTIONAL COVERAGES

**CONVERSION COVERAGE:** If the Contract Registration Page shows that You purchased the Conversion Coverage option, You will have the following Coverage (All parts listed must be installed by Licensed Conversion Company):

Electronic – Compact Disc Player; Cassette Player; Speakers; Television (under 27 inches); VideoCassette Player/Recorder; Auxiliary Light Switches; and Captain Chair Motor and Switch.

Rear Air Conditioner – Expansion Valve; Evaporator; Capacitors; Relays; Blower Motor and Switch; and Seals and Gaskets.

Camping Accessories – Refrigerator; Stove; LP Gas Regulator, Lines and Fittings; Fresh Water System Pump; Tank; Lines; Faucets and Fittings.

**GPS COVERAGE:** If the Contract Registration Page shows that You purchased the GPS Coverage option, You will have the following Coverage: Factory installed Global Positioning/Navigation Systems.

## BENEFITS

**TOWING/ROAD SERVICE:** In the event Your Vehicle is disabled, We will pay or reimburse You for receipted towing or road service expenses up to fifty dollars ($50) per occurrence. For Trucks and/or SUV's We will pay or reimburse You for receipted towing or road service expenses up to seventy-five dollars ($75) per occurrence and up to one hundred dollars ($100) for flatbed (four-wheel drive trucks and SUV's only) per occurrence. Any payment shall be for actual towing or road service charges in excess of any applicable reimbursement from the manufacturer or any other towing or road service Coverage.

Road Service Coverage includes the following:
Battery Service – If a battery failure occurs, a jump start will be applied to start the covered vehicle.
Flat Tire Assistance – Service consists of removal of the flat tire and its replacement with the spare tire.
Fuel, Oil, Fluid and Water Delivery Service – An emergency supply of fuel, oil, fluid and water will be delivered if You are in immediate need. You must pay for the fuel or the fluid when it is delivered.
No Deductible will apply to this benefit.

**RENTAL:** In the event of a Breakdown covered by this Contract, We will pay or reimburse You for receipted expenses to rent a replacement vehicle (from a licensed rental agency) or for alternate public transportation while Your Vehicle is at a licensed repair facility. Coverage will be provided to You on the following basis: up to a maximum of thirty dollars ($30) for every eight (8) labor hours, or portion thereof, of applicable labor time required to complete the repair, up to a maximum of one hundred fifty dollars ($150) for each repair visit. This Coverage does not apply to the time waiting for parts, services, weekends or other delays beyond the control of the repair facility or the Administrator. However, an additional three (3) days of rental Coverage applies in the event of a parts delay when an internal repair or replacement is performed on a major component (Engine, Transmission, Drive Axle). No Deductible will apply to this benefit.

**TRIP INTERRUPTION:** In the event of a Breakdown covered by this Contract occurs more than one hundred (100) miles from Your home and results in a repair facility keeping Your Vehicle overnight, We will reimburse You for receipted hotel and restaurant expenses, up to one hundred dollars ($100) per day for a maximum of five (5) days (Total benefit per occurrence of $500). No Deductible will apply to this benefit.

**LOST KEY/LOCK OUT:** In the event the keys for Your Vehicle are lost, broken or accidentally locked in Your Vehicle, We will reimburse You for receipted expenses, up to a maximum of thirty-five dollars ($35) for locksmith services. No Deductible will apply to this benefit.

4

## EXCLUSIONS

**This Vehicle Service Contract Provides No Coverage or Benefits:**

A. FOR ANY PART NOT SPECIFICALLY LISTED UNDER MECHANICAL COVERAGE, OR FOR PREMIER ADVANTAGE SERIES, ANY OF THE FOLLOWING PARTS: CARBURETOR, BATTERY, STANDARD TRANSMISSION CLUTCH ASSEMBLY, FRICTION CLUTCH DISC AND PRESSURE PLATE, DISTRIBUTOR CAP AND ROTOR, SAFETY RESTRAINT SYSTEMS (INCLUDING AIR BAGS), GLASS, LENSES, SEALED BEAMS, LIGHT BULBS, FUSES, CIRCUIT BREAKERS, CELLULAR PHONES, TELEVISION/VCR (UNLESS APPROPRIATE SURCHARGE IS NOTED ON REGISTRATION PAGE AND HAS BEEN PAID FOR), GAME CENTERS, ELECTRONIC TRANSMITTING/RECEIVING DEVICES, GLOBAL POSITIONING/NAVIGATION SYSTEMS (UNLESS APPROPRIATE SURCHARGE IS NOTED ON REGISTRATION PAGE AND HAS BEEN PAID FOR), VOICE RECOGNITION SYSTEMS, BRAKE ROTORS AND DRUMS, ALL EXHAUST COMPONENTS, AND THE FOLLOWING EMISSION COMPONENTS: EGR PURGE VALVE/SOLENOIDS, VACUUM CANISTER, VAPOR RETURN CANISTER, VAPOR RETURN LINES/VALVES, AIR PUMP/LINES/VALVES, CATALYTIC CONVERTER/FILTERING/SENSORS, EMISSION VAPOR SENSORS, WEATHER STRIPS, TRIM, MOLDINGS, BRIGHT METAL CHROME, UPHOLSTERY AND CARPET, PAINT, OUTSIDE ORNAMENTATION, BUMPERS, BODY SHEET METAL AND PANELS, FRAME AND STRUCTURAL BODY PARTS, VINYL AND CONVERTIBLE TOPS, ANY CONVERTIBLE TOP ASSEMBLIES, HARDWARE OR LINKAGES, TIRES (EXCEPT AS MAY OTHERWISE BE PROVIDED UNDER MECHANICAL COVERAGE), WHEEL/RIMS. EXTERNAL NUTS, BOLTS AND FASTENERS ARE NOT COVERED UNLESS SPECIFICALLY LISTED UNDER MECHANICAL COVERAGE (EXCEPT WHERE REQUIRED IN CONJUNCTION WITH A COVERED REPAIR).

B. FOR MAINTENANCE SERVICES AND PARTS DESCRIBED IN YOUR VEHICLE'S OWNER'S MANUAL AS SUPPLIED BY THE MANUFACTURER AND OTHER NORMAL MAINTENANCE SERVICES AND PARTS WHICH INCLUDE, BUT ARE NOT LIMITED TO: ALIGNMENTS, ADJUSTMENTS, WHEEL BALANCING, TUNE-UPS, SPARK PLUGS, SPARK PLUG WIRES, GLOW PLUGS, HOSES, DRIVE BELTS, BRAKE PADS, BRAKE LININGS/SHOES, AND WIPER BLADES. FILTERS, LUBRICANTS, COOLANTS, FLUIDS AND REFRIGERANTS WILL BE COVERED ONLY IF REPLACEMENT IS REQUIRED IN CONNECTION WITH A BREAKDOWN.

C. FOR ANY DAMAGE AND/OR BREAKDOWN RESULTING FROM COLLISION, ROAD HAZARD, FIRE, THEFT, VANDALISM, RIOT EXPLOSION, LIGHTNING, EARTHQUAKE, FREEZING, RUST OR CORROSION, WINDSTORM, HAIL, WATER OR FLOOD, ACTS OF GOD, SALT, ENVIRONMENTAL DAMAGE, CHEMICALS, CONTAMINATION OF FLUIDS, FUELS, COOLANTS OR LUBRICANTS.

D. FOR ANY BREAKDOWN CAUSED BY MISUSE, ABUSE, NEGLIGENCE, LACK OF NORMAL MAINTENANCE REQUIRED BY THE MANUFACTURER'S MAINTENANCE SCHEDULE FOR YOUR VEHICLE, OR IMPROPER SERVICING OR REPAIRS SUBSEQUENT TO PURCHASE. FOR ANY BREAKDOWN CAUSED BY SLUDGE BUILD-UP RESULTING FROM YOUR FAILURE TO PERFORM RECOMMENDED MAINTENANCE SERVICES, OR FAILURE TO MAINTAIN PROPER LEVELS OF LUBRICANTS AND/OR COOLANTS, OR FAILURE TO PROTECT YOUR VEHICLE FROM FURTHER DAMAGE WHEN A BREAKDOWN HAS OCCURRED OR FAILURE TO HAVE YOUR VEHICLE TOWED TO THE SERVICE FACILITY WHEN CONTINUED OPERATION MAY RESULT IN FURTHER DAMAGE.

E. FOR ANY REPAIR OR REPLACEMENT OF ANY COVERED PART IF A BREAKDOWN HAS NOT OCCURRED OR IF THE WEAR ON THAT PART HAS NOT EXCEEDED THE FIELD TOLERANCES ALLOWED BY THE MANUFACTURER.

F. IF ANY ALTERATIONS HAVE BEEN MADE TO YOUR VEHICLE OR YOU ARE USING OR HAVE USED YOUR VEHICLE IN A MANNER NOT RECOMMENDED BY THE MANUFACTURER, INCLUDING BUT NOT LIMITED TO, THE FAILURE OF ANY CUSTOM OR ADD-ON PART, ALL FRAME OR SUSPENSION MODIFICATIONS, LIFT KITS, ANY TIRE THAT IS NOT RECOMMENDED BY THE ORIGINAL MANUFACTURER IF IT CREATES AN ODOMETER/SPEEDOMETER VARIANCE OF GREATER THAN 4%, TRAILER HITCHES, EMISSIONS AND/OR EXHAUST SYSTEMS MODIFICATIONS, ENGINE MODIFICATIONS, TRANSMISSION MODIFICATIONS, AND/OR DRIVE AXLE MODIFICATIONS.

G. IF YOUR ODOMETER HAS CEASED TO OPERATE AND ODOMETER REPAIRS HAVE NOT BEEN MADE IMMEDIATELY, OR THE ODOMETER HAS BEEN ALTERED IN ANY WAY SUBSEQUENT TO PURCHASE, OR IF YOUR VEHICLE HAS EVER BEEN A TOTAL LOSS, SALVAGED OR REBUILT.

H. FOR ANY LIABILITY FOR PROPERTY DAMAGE, OR FOR INJURY TO OR DEATH OF ANY PERSON ARISING OUT OF THE OPERATION, MAINTENANCE OR USE OF YOUR VEHICLE DESCRIBED IN THIS CONTRACT, WHETHER OR NOT RELATED TO THE PARTS COVERED. FOR LOSS OF USE, TIME, PROFIT, INCONVENIENCE, OR ANY OTHER CONSEQUENTIAL LOSS (EXCEPT AS MAY OTHERWISE BE PROVIDED UNDER MECHANICAL COVERAGE), INCLUDING ANY CONSEQUENTIAL DAMAGE TO A NON-COVERED PART THAT RESULTS FROM A BREAKDOWN.

I. WHEN THE RESPONSIBILITY FOR THE REPAIR IS COVERED BY AN INSURANCE POLICY, MANUFACTURER AND/OR DEALER CUSTOMER ASSISTANCE PROGRAM, OR ANY WARRANTY FROM THE MANUFACTURER, SUCH AS EXTENDED DRIVE TRAIN, MAJOR COMPONENT OR FULL COVERAGE WARRANTIES (REGARDLESS OF THE REMAINING MANUFACTURER'S WARRANTY WHEN YOU PURCHASED THIS CONTRACT), OR A REPAIRER'S GUARANTEE/WARRANTY. FURTHER, COVERAGE UNDER THIS CONTRACT IS SIMILARLY LIMITED IN THE EVENT OF A BREAKDOWN IF THE MANUFACTURER HAS ANNOUNCED ITS RESPONSIBILITY THROUGH ANY MEANS, INCLUDING PUBLIC RECALLS AND FACTORY SERVICE BULLETINS.

J. IF YOUR VEHICLE IS USED FOR TOWING (USED AS A COMMERCIAL UNIT, FARMING OR RANCHING, ROUTE WORK, JOB-SITE ACTIVITIES, SERVICE OR REPAIR WORK, DELIVERY OF GOODS, OR IS USED FOR RENTAL), OR IS USED FOR RENTAL, TAXI, LIMOUSINE OR SHUTTLE, TOWING/WRECKER SERVICE, DUMPING (DUMP BEDS), CHERRY PICKERS, LIFTING OR HOISTING, POLICE OR EMERGENCY SERVICE, PRINCIPALLY OFF-ROAD USE, RACING OR COMPETITIVE DRIVING.

K. FOR ANY BREAKDOWN OCCURRING PRIOR TO THE CONTRACT PURCHASE DATE, OR IF THE INFORMATION PROVIDED BY YOU, OR THE REPAIR FACILITY CANNOT BE VERIFIED AS ACCURATE OR IS FOUND TO BE DECEPTIVELY INACCURATE.

L. FOR BREAKDOWNS THAT OCCUR AND/OR REPAIRS MADE OUTSIDE OF THE UNITED STATES OF AMERICA AND CANADA.

M. FOR DIAGNOSTIC AND/OR TEARDOWN PROCEDURES THAT ARE NOT LISTED, OR ARE IN EXCESS OF THE TIMES LISTED IN THE CURRENT YEAR'S NATIONAL FLAT RATE HOURLY GUIDE IN CONJUNCTION WITH A COVERED REPAIR.

## SPECIAL STATE REQUIREMENTS/DISCLOSURES

### ALASKA

EXCLUSIONS SECTION –
Item J. is amended by adding the following:
This Contract does provide Coverage if Your Vehicle is used for snow removal, provided Your Vehicle is properly equipped for such use and is not used commercially.

Item N. is added as follows:
This Contract does not provide Coverage for damages for bad faith, punitive or exemplary damages, personal injury including bodily injury, property damage (except as specifically stated in the Contract), and attorney's fees.

### ARIZONA

Our obligations under this Service Contract are insured by a policy issued by the Insurance Company as stated on the Declaration Page. If a covered claim is not paid within thirty (30) days after proof of loss has been filed, You may file a claim directly with the Insurance Company.
CANCELLATION OF VEHICLE SERVICE CONTRACT SECTION – Item a. is amended by adding the following:
a. You may also cancel this contract by returning it to the Administrator, Vemeco, Inc., as listed on the Declaration Page.

Item b. is deleted and replaced with the following –
b. We may cancel this Contract for non-payment of the Contract charge, or for misrepresentation in the submission of a claim made by You. We may cancel this Contract if Your Vehicle is found to be modified by You in a manner not recommended by the manufacturer, or Your Vehicle is found to be used as a commercial vehicle.

### CALIFORNIA

DEFINITIONS SECTION – The definition of Breakdown is deleted and replaced with the following:
Breakdown– Means the failure of a covered part under normal service due to defects in material and workmanship. A covered part has failed when it can no longer perform the function for which it was designed solely because of its condition and not because of the action or inaction of any non-covered parts.

CANCELLATION OF VEHICLE SERVICE CONTRACT SECTION – Item d. is deleted and replaced with the following:
d. If this Contract is cancelled within the first sixty (60) days and no claims have been filed, We will refund the entire Contract charge paid. If this Contract is cancelled after the first sixty (60) days or a claim has been filed, We will refund an amount of the Contract charge according to the pro-rata method reflecting the greater of the days in force or the miles driven based on the term of the plan selected and the date Coverage begins, less an administration fee of twenty five ($25.00) dollars or 10% of the Contract charge, whichever is less. In the event of cancellation, the lienholder, if any, will be named on a cancellation refund check as their interest may appear.

## SPECIAL STATE REQUIREMENTS/DISCLOSURES CONT'D

### CONNECTICUT

Connecticut Public Act, 87-393, Laws 1987, requires an automobile dealer to provide a warranty covering certain classes of used motor vehicles as follows:

Used vehicles with a sale price of $3,000 but less than $5,000
    Provides **Coverage** for 30 days or 1,500 miles, whichever occurs first.
Used vehicles with a sale price of $5,000 or more
    Provides **Coverage** for 60 days or 3,000 miles, whichever occurs first.

The vehicle **You** have purchased may be covered by this law. If so, the following is added to this **Contract**: In addition to the dealer warranty required by this law, **You** have elected to purchase this **Contract**, which may provide **You** with additional protection during the dealer warranty period and provides protection after the dealer warranty has expired. **You** have been charged separately only for this **Contract**. The required dealer warranty is provided free of charge. Furthermore, the definitions, **Coverages** and exclusions stated in this **Contract** apply only to this **Contract** and are not the terms of the required dealer warranty.

### GEORGIA

Our obligations under this Service **Contract** are insured by a policy issued by the Insurance Company as stated on the **Declaration Page**. If a covered claim is not paid within sixty (60) days after proof of loss has been filed, **You** may file a claim directly with the Insurance Company.
EXCLUSIONS SECTION – Item J. is deleted and replaced with the following:
J. If **Your Vehicle** is used for towing (unless **Your Vehicle** is equipped with factory installed or factory authorized tow package), or is used as a commercial unit, or is used for rental, taxi, limousine or shuttle, commercial delivery, towing or road repair operations, construction, job site activities, commercial hauling, police or emergency service, principally off-road use, prearranged or organized racing or competitive driving, snow removal, route-work, service or repair.
CANCELLATION OF VEHICLE SERVICE **CONTRACT** SECTION – Item d. is deleted and replaced with the following:
d. If this **Contract** is cancelled within the first sixty (60) days and no claims have been filed, **We** will refund the entire **Contract** charge paid. If this **Contract** is cancelled after the first sixty (60) days or a claim has been filed, **We** will refund an amount of the **Contract** charge according to the pro-rata method reflecting the greater of the days in force or the miles driven based on the term of the plan selected and the date **Coverage** begins. An administration fee of 10% of the pro-rata refund amount will be applied if this **Contract** is cancelled by **You**. In the event of cancellation, if this **Contract** is financed, the lienholder, if any, will be named on a cancellation refund check as their interest may appear. If **You** have cancelled this **Contract** and have not received the refund from **Us** or the **Administrator** within sixty (60) days of such cancellation, **You** may contact the Insurance Company identified on the **Declaration Page**.

### HAWAII

DEFINITIONS SECTIONS – The definition of **Breakdown** is deleted and replaced with the following:
**Breakdown** – Means the failure of a covered part under normal service due to defects in material and workmanship. A covered part has failed when it can no longer perform the function for which it was designed solely because of its condition and not because of the action or inaction of any non-covered parts.

Hawaii Revised Statutes requires an automobile dealer to provide a warranty covering certain classes of used motor vehicles as follows:
Used vehicles with less than 25,000 miles at the time of sale
    Provides **Coverage** for 90 days or 5,000 miles, whichever occurs first.
Used vehicles with 25,000 miles or more but less than 50,000 miles at the time of sale
    Provides **Coverage** for 60 days or 3,000 miles, whichever occurs first.
Used vehicles with 50,000 miles or more but not more than 75,000 miles at the time of sale
    Provides **Coverage** for 30 days or 1,000 miles, whichever occurs first.

The vehicle **You** have purchased may be covered by this law. If so, the following is added to this **Contract**: In addition to the dealer warranty required by this law, **You** have elected to purchase this **Contract**, which may provide **You** with additional protection during the dealer warranty period and provides protection after the dealer warranty has expired. **You** have been charged separately only for this **Contract**. The required dealer warranty is provided free of charge. Furthermore, the definitions, **Coverages** and exclusions stated in this **Contract** apply only to this **Contract** and are not the terms of the required dealer warranty.
BENEFITS – Towing/Road Service and Rental is not available.

### IDAHO

Notice – **Coverage** afforded under this **Contract** is not guaranteed by the Idaho Insurance Guarantee Association.

### ILLINOIS

EXCLUSIONS SECTION – Item E. is amended to read:
E. For any repair or replacement of any covered part if a **Breakdown** has not occurred. A gradual reduction in operating performance due to wear and tear does not constitute a **Breakdown**.
CANCELLATION OF VEHICLE SERVICE **CONTRACT** SECTION – Item d. is deleted and replaced with the following:
d. If this **Contract** is cancelled within the first sixty (60) days and no claims have been filed, **We** will refund the entire **Contract** charge paid. If this **Contract** is cancelled after the first (60) days or a claim has been filed, **We** will refund an amount of the **Contract** charge according to the pro-rata method reflecting the greater of the days in force or the miles driven based on the term of the plan selected and the date **Coverage** begins. The Vehicle Service **Contract** provider may retain a cancellation fee not to exceed the lesser of 10% of the Vehicle Service **Contract** price or fifty dollars ($50). In the event of a cancellation, the lienholder, if any, will be named on a cancellation refund check as their interest may appear.
LIMITS OF LIABILITY – Item b. Aggregate is amended to read as follows:
b. **Aggregate** – The total of all claims and benefits paid or payable while this **Contract** is in force shall not exceed the Actual Cash Value for **Your Vehicle** (excluding tax, title and license fees).

### INDIANA

**Your** proof of payment to the issuing dealer for this **Contract** shall be considered proof of payment to the Insurance Company which guarantees **Our** obligations to **You**, providing such insurance was in effect at the time **You** purchased this **Contract**.

### IOWA

If **You** have any questions regarding this **Contract**, **You** may contact the **Administrator** by mail or by phone. Refer to the **Declaration Page** for the **Administrator's** address and toll free telephone number. Iowa residents only may also contact the Iowa Insurance Commissioner at the following address: Iowa Insurance Department, 6th floor, Lucas State Office Building, Des Moines, Iowa 50319.

### MASSACHUSETTS

**NOTICE TO CUSTOMER: PURCHASE OF THIS CONTRACT IS NOT REQUIRED IN ORDER TO REGISTER OR FINANCE A VEHICLE. THE BENEFITS PROVIDED MAY DUPLICATE EXPRESS MANUFACTURER'S OR SELLER'S WARRANTIES THAT COME AUTOMATICALLY WITH EVERY SALE. THE SELLER OF THIS COVERAGE IS REQUIRED TO INFORM YOU OF ANY WARRANTIES AVAILABLE TO YOU WITHOUT THIS CONTRACT.**
Chapter 90, Section 7N 1/4 of Massachusetts General Laws requires an automobile dealer to provide a warranty covering certain classes of used motor vehicles as follows:

## SPECIAL STATE REQUIREMENTS/DISCLOSURES CONT'D

### MASSACHUSETTS CONT'D

Used vehicles with less than 40,000 miles at the time of sale
   Provides **Coverage** for 90 days or 3,750 miles, whichever occurs first.
Used vehicles with 40,000 miles or more but less than 80,000 miles at the time of sale
   Provides **Coverage** for 60 days or 2,500 miles, whichever occurs first.
Used vehicles with 80,000 miles or more but less than 125,000 miles at the time of sale
   Provides **Coverage** for 30 days or 1,250 miles, whichever occurs first.
The vehicle **You** have purchased may be covered by this law. If so, the following is added to this **Contract**: In addition to the dealer warranty required by this law, **You** have elected to purchase this **Contract**, which may provide **You** with additional protection during the dealer warranty period and provides protection after the dealer warranty has expired. **You** have been charged separately only for this **Contract**. The required dealer warranty is provided free of charge. Furthermore, the definitions, **Coverages** and exclusions stated in this **Contract** apply only to this **Contract** and are not the terms of the required dealer warranty.

### MINNESOTA

The **Coverages** listed below are provided to **You** by the dealer at no charge as required by Minnesota Statute 325F.662. The term of the required warranty is based on the mileage at the time of sale as follows:
Used vehicles with less than 36,000 miles at the time of sale
   Provides **Coverage** for 60 days or 2,500 miles, whichever occurs first.
Used vehicles with 36,000 miles or more but less than 75,000 miles at the time of sale
   Provides **Coverage** for 30 days or 1,000 miles, whichever occurs first.
**Engine:** Lubricated Parts; Intake Manifolds; Engine Block; Cylinder Heads; Rotary Engine Housings; and Ring Gear; Water Pump; Externally Mounted Mechanical Fuel Pump; Radiator; Alternator; Generator; and Starter. **Transmission:** Case; Internal Parts; Torque Converter; or, the Manual Transmission Case and Internal Parts. **Drive Axle:** Axle Housings and Internal Parts; Axle Shafts; Drive and Output Shafts; and Universal Joints; but excluding the Secondary Drive Axle on vehicles other than passenger vans, mounted on a truck chassis. **Brakes:** Master Cylinder; Vacuum Assist Booster; Wheel Cylinders; Hydraulic Lines and Fittings; and Disc Brake Calipers. **Steering:** Gear Housing and all Internal Parts; Power Steering Pump; Valve Body; Piston; and Rack. Note: The following parts are covered only on vehicles with less than 36,000 miles: Steering Rack; Radiator; Alternator; Generator; and Starter.

The above **Coverages** are excluded from this **Contract** during the applicable warranty period, unless the dealer becomes unable to meet its obligations. **Your** rights and obligations are fully explained in the dealer issued used vehicle limited warranty document.
CANCELLATION OF VEHICLE SERVICE **CONTRACT** SECTION – Item d. is amended by adding the following:
   d. If **You** have cancelled this **Contract** and have not received the refund from **Us** or the **Administrator** within sixty (60) days of such cancellation, **You** may contact the Insurance Company identified on the **Declaration Page**.

**Definition:** "Pre-existing" is not applicable to Minnesota residents.

EXCLUSIONS SECTION –
**Coverage** Exclusion for breakdowns caused by rust, corrosion, sludge build up or damage to a covered part by a non-covered part does not apply to Minnesota residents.

### NEVADA

The provisions of this **Contract** apply only to the original purchaser of the Service **Contract**.
CANCELLATION OF VEHICLE SERVICE **CONTRACT** SECTION – Items b. and d. are DELETED and REPLACED with the following:
   b. **We** may cancel this **Contract** within 70 days from the date of purchase for any reason. After 70 days, **We** may only cancel this Service **Contract** for fraud, material misrepresentation, nonpayment by **You** or a substantial breach of duties by **You** relating to the covered property or its use. **We** may cancel this **Contract** if **Your Vehicle** is found to be modified in a manner not recommended by the manufacturer, or if **Your Vehicle** is found to be used as a commercial vehicle. If **We** cancel **Your Contract**, **You** will be entitled to a refund on the unearned **Contract** fee according to the pro-rata method reflecting the greater of the days in force or the miles driven based on the term/miles selected and the date **Coverage** begins, no administrative fee will be deducted. In the event **We** cancel this **Contract**, written notice will be sent to **Your** last known address at least 15 days prior to cancellation with the effective date of the cancellation.

   d. **You** may cancel this **Contract** at anytime. If **You** have made no claim and **Your** request for cancellation is within 30 days, the full price **You** paid for the Service **Contract** will be refunded and no administrative fee will be deducted. If **You** have made a claim under the **Contract**, or if **Your** request is beyond the first 30 days, **We** will refund to **You** an amount based on the pro-rata method, less a $25.00 administrative fee. If **Your Contract** was financed, the outstanding balance will be deducted from any refund, however, **You** will not be charged for claims paid or repair service fees. If **You** cancel this **Contract** and the refund is not processed within 45 days, a 10% penalty will be added to the refund for every 30 days the refund is not paid.

### NEW HAMPSHIRE

GENERAL PROVISIONS SECTION – Item 8b. is deleted and replaced with the following:
   b. To transfer, the following must be submitted to the **Administrator** within 30 days of the change of ownership to a subsequent individual purchaser:
      Original **Contract** and **Declaration Page**; and name and address of new owner, date of sale to new owner, current mileage.

CANCELLATION OF VEHICLE SERVICE **CONTRACT** SECTION – Item d. is deleted and replaced with the following:
   d. If this **Contract** is cancelled within the first sixty (60) days and no claims have been filed, **We** will refund the entire **Contract** charge paid. If this **Contract** is cancelled after the first sixty (60) days or a claim has been filed, **We** will refund an amount of the **Contract** charge according to the pro-rata method reflecting the greater of the days in force or the miles driven based on the term of the plan selected and the date **Coverage** begins. In the event of cancellation, the lienholder, if any, will be named on a cancellation refund check as their interest may appear.

### NEW YORK

Section 196b of New York General Business Law requires an automobile dealer to provide a warranty covering certain classes of used motor vehicles as follows:
Used vehicles with 36,000 miles or less at the time of sale
   Provides **Coverage** for 90 days or 4,000 miles, whichever occurs first.
Used vehicles with more than 36,000 miles but less than 80,000 miles at the time of sale
   Provides **Coverage** for 60 days or 3,000 miles, whichever occurs first.
Used vehicles with 80,000 miles or more but no more than 100,000 miles at the time of sale
   Provides **Coverage** for 30 days or 1,000 miles, whichever occurs first.
The vehicle **You** have purchased may be covered by this law. If so, the following is added to this **Contract**: In addition to the dealer warranty required by this law, **You** have elected to purchase this **Contract**, which may provide **You** with additional protection during the dealer warranty period and provides protection after the dealer warranty has expired. **You** have been charged separately only for this **Contract**. The required dealer warranty is provided free of charge. Furthermore, the definitions, **Coverages** and exclusions stated in this **Contract** apply only to this **Contract** and are not the terms of the required dealer warranty.

### NORTH CAROLINA

CANCELLATION OF VEHICLE SERVICE **CONTRACT** SECTION – Item d. is deleted and replaced with the following:
   d. If this **Contract** is cancelled within the first sixty (60) days and no claims have been filed, **We** will refund the entire **Contract** charge paid. If this **Contract** is cancelled after the first sixty (60) days or a claim has been filed, **We** will refund an amount of the **Contract** charge according to the pro-rata method reflecting the greater of the days in force or the miles driven based on the term of the plan selected and the date **Coverage** begins, less an administration fee of $25 or 10% of the pro-rata refund amount, whichever is less. In the event of cancellation, the lienholder, if any, will be named on a cancellation refund check as their interest may appear.

## SPECIAL STATE REQUIREMENTS/DISCLOSURES CONT'D

### OKLAHOMA

**Disclosure Statement:** This service warranty is not issued by the manufacturer or wholesale company marketing the product. This warranty will not be honored by such manufacturer or wholesale company.
CANCELLATION OF VEHICLE SERVICE **CONTRACT** Section – Item **d.** is deleted and replaced with the following:
d. If this **Contract** is cancelled within the first sixty (60) days and no claims have been filed, **We** will refund the entire **Contract** charge paid. If this **Contract** is cancelled after the first sixty (60) days or a claim has been filed, **We** will refund an amount of the **Contract** charge according to the pro-rata method reflecting the greater of the days or the miles driven based on the term of the plan selected and the date **Coverage** begins. An administration fee of 10% of the pro-rata refund amount will be applied if this **Contract** is cancelled by **You**. In the event of cancellation, the lienholder, if any, will be named on a cancellation refund check as their interest may appear.

### RHODE ISLAND

Section 31-5.4 of Rhode Island General Business Law requires an automobile dealer to provide a warranty covering certain classes of used motor vehicles as follows:
<u>Used vehicles with 36,000 miles or less at the time of sale</u>
   Provides **Coverage** for 90 days or 4,000 miles, whichever occurs first.
<u>Used vehicles with more than 36,000 miles but less than 100,000 miles at the time of sale</u>
   Provides **Coverage** for 30 days or 1,000 miles, whichever occurs first.
The vehicle **You** have purchased may be covered by this law. If so, the following is added to this **Contract**: In addition to the dealer warranty required by this law, **You** have elected to purchase this **Contract**, which may provide **You** with additional protection during the dealer warranty period and provides protection after the dealer warranty has expired. You have been charged separately only for this **Contract**. The required dealer warranty is provided free of charge. Furthermore, the definitions, **Coverages** and exclusions stated in this **Contract** apply only to this **Contract** and are not the terms of the required dealer warranty.

### SOUTH CAROLINA

If **You** have any questions regarding this **Contract**, or a complaint against the Obligor, **You** may contact the South Carolina Department of Insurance at 300 Arbor Lake Drive, Columbia, South Carolina 29223, (803)-737-6180.
CANCELLATION OF VEHICLE SERVICE **CONTRACT** SECTION – Item **b.** is amended by adding the following:
b. If **We** cancel this **Contract We** shall mail a written notice to **You** at the last known address held by Us at least 15 days prior to cancellation, providing **You** with notice of cancellation date and the reason for cancellation. However, prior notice is not required if the reason for cancellation is nonpayment of the provider fee, a material misrepresentation by the Service **Contract** holder to the provider, or a substantial breach of duties by the Service **Contract** holder relating to the covered product or its use.

Items **d.** is deleted and replaced with the following:
d. If this **Contract** is cancelled within the first sixty (60) days and no claims have been filed, **We** will refund the entire **Contract** charge paid. If this **Contract** is cancelled after the first sixty (60) days or a claim has been filed, **We** will refund an amount of the **Contract** charge according to the pro-rata method reflecting the greater of the days in force or the miles driven based on the term/miles selected and the date **Coverage** begins, less a twenty-five ($25.00) dollar administrative fee. In the event of cancellation, the lienholder, if any, will be named on a cancellation refund check as their interest may appear. A ten percent penalty per month shall be added to a refund that is not paid or credited within 45 days after return of the Service **Contract** to the provider.

### TEXAS

If **You** have any questions regarding the regulation of the Service **Contract** provider or a complaint against the Obligor, **You** may contact the Texas Department of Licensing & Regulation, 920 Colorado, P.O. Box 12157, Austin, Texas 78711, (800) 803-9202.
CANCELLATION OF VEHICLE SERVICE **CONTRACT** SECTION – Item **b.** is amended by adding the following:
b. If **We** cancel this **Contract We** shall mail a written notice to **You** at the last known address held by Us before the fifth day preceding the effective date of cancellation. The notice will state the effective date and the reason for the cancellation. However, prior notice is not required if the reason for cancellation is nonpayment of the provider fee, a material misrepresentation by the Service **Contract** holder to the provider, or a substantial breach of duties by the Service **Contract** holder relating to the covered product or its use.

Item **d.** is amended by adding the following:
d. If a Service **Contract** is cancelled under this section and the provider does not pay the refund or credit the Service **Contract** holder's account before the 46th day after the date of the return of the Service **Contract** to the provider, the provider is liable to the **Contract** holder for a penalty in an amount not to exceed 10 percent of the amount outstanding per month.

### UTAH

Note: **Coverage** afforded under this **Contract** is not guaranteed by the Property and Casualty Guarantee Association.
CANCELLATION OF VEHICLE SERVICE **CONTRACT** SECTION – Item **b.** is deleted and replaced with the following:
b. **We** may cancel this **Contract** for the following reasons by sending to **You** notice of cancellation and the reason for cancellation, via first class mail, to **Your** last known address:
   1. **We** may cancel this **Contract** for non-payment of the **Contract** charge. Such cancellation will be effective 10 days after mailing of notice.
   2. **We** may cancel this **Contract** for misrepresentation of a claim, if **Your Vehicle** is found to be modified in a manner not recommended by the manufacturer, or if **Your Vehicle** is found to be used as a commercial vehicle. Such cancellation will be effective 30 days after mailing of notice.

### WASHINGTON

CANCELLATION OF VEHICLE SERVICE **CONTRACT** SECTION – Items **a.** and **b.** are deleted and replaced with the following:
a. **You** may cancel this **Contract** by returning it to the Administrator. An odometer statement indicating the odometer reading at the date of the request will be required. A ten percent (10%) penalty will be added to any refund that is not paid within 30 days of return of the **Contract** to the **Administrator**.
b. **We** may cancel this **Contract** for non-payment of the **Contract** Charge, or for misrepresentation in obtaining this **Contract** or in the submission of a claim. If cancelled, written notice of cancellation, including the actual reason for the cancellation, will be mailed to the last mailing address known to the **Administrator** at least:
   1. 10 days before the effective date of cancellation if cancelled for non-payment of the **Contract** charge.
   2. 45 days before the effective date of cancellation if cancelled for any other reason.

### WISCONSIN

THIS WARRANTY IS SUBJECT TO LIMITED REGULATION BY THE OFFICE OF THE COMMISSIONER OF INSURANCE.
WHAT TO DO IN THE EVENT OF A BREAKDOWN – Item A.4. is deleted and replaced with the following:
4. <u>Obtain Authorization from the **Administrator**</u> – Prior to any repair being made, instruct the Service Manager at the repair facility to contact the **Administrator** to obtain an authorization for the claim. Failure to obtain authorization prior to having repairs made may jeopardize **Coverage** under this **Contract**, except as provided under Emergency Repairs.

The amount authorized by the **Administrator** is the amount that will be paid for repairs covered under the terms of this **Contract**. Any additional amount must receive prior approval.