# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ROBERT T. KENNEDY, On Behalf of Himself and All Others Similarly Situated, | ) ) |
| | ) Case No: 1:08-cv-01862 |
| Plaintiff, | ) |
| | ) Judge George M. Marovich |
| vs. | ) |
| | ) |
| | ) Magistrate Judge Jeffrey Cole |
| BUTLER FINANCIAL SOLUTIONS, LLC, a Delaware Limited Liability Company, and HERITAGE WARRANTY INSURANCE RISK RETENTION GROUP, INC., f/k/a HERITAGE WARRANTY MUTUAL INSURANCE RISK RETENTION GROUP, INC., a South Carolina corporation, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF FILING

**TO:**   Service List

PLEASE TAKE NOTICE that on June 5, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, CORRECTED EXHIBIT 2 TO AMENDED COMPLAINT, and CORRECTED EXHIBIT 2 TO DECLARATION OF SCOTT R. SHEPHERD, a copy of which is hereby served upon you.

By:   /S/George N. Vurdelja, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the aforementioned document to the above-listed addressees by filing electronically with the Court's ECF System on June 5, 2008.

By:   /S/George N. Vurdelja, Jr.

Harrison & Held
333 W. Wacker Drive, Suite 1700
Chicago, IL  60606
(312) 753-6161

**SERVICE LIST**

- **Thomas M. Dee**
  tom.dee@husch.com

- **John M. Heaphy**
  jheaphy@harrisonheld.com, fbruder@harrisonheld.com

- **John Kenneth Kallman**
  jkkallman@sbcglobal.net

- **Joel B Samson**
  joel.samson@husch.com, kim.yocks@husch.com

- **Scott Rhead Shepherd**
  sshepherd@sfmslaw.com

- **Michael Murphy Tannen**
  mtannen@tannenlaw.com, adminassistant@tannenlaw.com

- **George N. Vurdelja , Jr.**
  gvurdelja@harrisonheld.com

- **Jeffrey A. Berens**
  Jberens@sfmslaw.com

- **Douglas P. Dehler**
  DDehler@sfmslaw.com

- **James E. Miller**
  JMiller@sfmslaw.com

- **James C. Shah**
  JShah@sfmslaw.com