UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT T. KENNEDY, et al., )<br>)<br>Plaintiff, )<br>) No. 08 C 1862<br>vs. )<br>) JUDGE MAROVICH<br>BUTLER FINANCIAL SOLUTIONS, )<br>LLC, et al., )<br>)<br>Defendants. ) | |

**NOTICE OF FILING:**
**HERITAGE WARRANTY INSURANCE RISK RETENTION GROUP, INC.'S**
**MOTION TO STAY THE PROCEEDINGS IN THE KENNEDY CASE**

Please take notice that we have filed electronically with the Clerk of the Court this 6th day of May, 2008, defendant Heritage Warranty Insurance Risk Retention Group, Inc.'s Motion to Stay the Proceedings in the Kennedy Case.

/s/  Thomas M. Dee

Husch Blackwell Sanders LLP
Thomas M. Dee, *admitted pro hac vice*
tom.dee@huschblackwell.com
Joel B. Samson, ARDC #06244795
joel.samson@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

**CERTIFICATE OF SERVICE**

  Thomas M. Dee, the attorney for defendant, certifies that a true copy of the foregoing pleading has been filed electronically in the ECF System and mechanically served upon each of the following parties:

N/A

This 6th day of May, 2008 by depositing the same in the United States post box at 190 Carondelet Plaza, Ste. 600, St. Louis, Missouri 63105, postage fully prepaid, before 5:00 p.m.

             /s/  Thomas M. Dee