# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Robert T. Kennedy

                                    Plaintiff,

v.                                              Case No.: 1:08−cv−01862
                                                Honorable George M. Marovich

Butler Financial Solutions, LLC, et al.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable George M. Marovich:Motion hearing held. Plaintiffs' motion for class certification [92] is entered and continued. Defendant Heritage Warranty Insurance Risk Retention Group, Inc.'s motion to stay the proceedings ( [98] is denied.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.