IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT T. KENNEDY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BUTLER FINANCIAL SOLUTIONS, LLC, HERITAGE WARRANTY INSURANCE RISK RETENTION GROUP, INC. f/k/a HERITAGE WARRANTY MUTUAL INSURANCE RISK RETENTION GROUP, INC., and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 08 CV 1862<br><br>JUDGE MAROVICH<br><br>MAGISTRATE JUDGE KEYS |

## NOTICE OF MOTION

To:   See attached Service List

PLEASE TAKE NOTICE that on August 4, 2008, the undersigned filed the attached Defendant Warrantech Automotive, Inc.'s Rule 12(b)(1) and Rule 12(b)(6) Motion to Dismiss First Amended Class Action Complaint and will present the same to Judge Marovich on Tuesday, August 12 at 10:30 a.m. in Courtroom 1944C of the Everett Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois.

Date:  August 4, 2008

                              By:   /s/ Paul Walker-Bright
                                    Paul Walker-Bright, Esq. (# 6226315)
                                    Evan T. Knott, Esq. (# 6277800)
                                    REED SMITH LLP
                                    10 South Wacker Drive, 40th Floor
                                    Chicago, Illinois 60606
                                    Telephone: (312) 207-1000
                                    Fax: (312) 207-6400

                                    David M. Schlecker (admitted *pro hac vice*)
                                    REED SMITH LLP
                                    599 Lexington Avenue
                                    New York, New York 10017
                                    Telephone: (212) 521-5400
                                    Fax: (212) 521-5450

# CERTIFICATE OF SERVICE

I, Paul Walker-Bright, an attorney of record in this lawsuit, hereby certify that on August 4, 2008, true and accurate copies of the foregoing Notice of Motion of Defendant Warrantech Automotive, Inc.'s Rule 12(b)(1) and Rule 12(b)(6) Motion to Dismiss First Amended Class Action Complaint were served electronically via e-mail to the following attorneys:

**Attorneys for Plaintiffs:**
George Vurdelja, Jr.
Harrison & Held LLP
333 West Wacker Drive, Suite 1700
Chicago, Illinois 60606
Telephone: (312) 753-6161
Facsimile: (312) 332-1150

Scott R. Shepherd
Shepherd, Finkelman, Miller & Shah, LLP
1640 Town Center Circle, Suite 216
Weston, Florida 33326
Telephone: (954) 943-9191
Facsimile: (954) 943-9173

**Attorneys for Defendant Heritage Warranty Insurance Risk Retention Group, Inc.:**
Thomas M. Dee, *admitted pro hac vice*
Joel B. Samson, ARDC # 06244795
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

John Kenneth Kallman
Law Offices of John Kenneth Kallman
221 North LaSalle Street, Suite 1200
Chicago, Illinois 60601
Telephone: (312) 578-1515

<u>Attorneys for Defendant Butler Financial Solutions, LLC:</u>
Michael M. Tannen, ARDC # 6204635
Law Offices of Michael Murphy Tannen, P.C.
39 South LaSalle Street, Suite 905
Chicago, Illinois 60603
Telephone: (312) 641-6650

                                            /s/ Paul Walker-Bright
                                                 Paul Walker-Bright