**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WARRANTECH AUTOMOTIVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | 07 C 3569 |
| | ) | Consolidated with |
| HERITAGE WARRANTY INSURANCE | ) | 07 C 6977 |
| RISK RETENTION GROUP, INC., | ) | Judge Marovich |
| | ) | |
| Defendant. | ) | |

**AND**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT T. KENNEDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | 08 C 1862 |
| | ) | Judge Marovich |
| BUTLER FINANCIAL SOLUTIONS, | ) | |
| LLC and HERITAGE WARRANTY | ) | |
| INSURANCE RISK RETENTION | ) | |
| GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION OF SCOTT H. RICHARDSON,**
**AS DIRECTOR OF THE SOUTH CAROLINA DEPARTMENT OF INSURANCE,**
**FOR LEAVE TO FILE TWO DOCUMENTS AS RESTRICTED**
**PURUSANT TO LR 26.2**

Scott Richardson, as the Director of the South Carolina Department of Insurance ("SCDOI"), pursuant to Local Rules 5.8 and 26.2, moves for leave to file two documents, which are being contemporaneously served on the parties and provided to this Court, as restricted. This

motion should be granted for the same reasons this Court allowed Defendant Heritage Warranty Insurance Risk Retention Group, Inc.'s similar motion on July 8, 2008.

The reason leave should be given is self-explanatory upon a review of these documents and cannot be discussed in this motion without violating the reason leave should be allowed. Provided that leave is granted, SCDOI will file these documents as restricted and sealed documents pursuant to LR 5.8. SCDOI further prays that only Judge Marovich or any other sitting Judge of this Court have access to such restricted and sealed documents.

WHEREFORE, Scott Richardson, as the Director of the South Carolina Department of Insurance ("SCDOI"), respectfully moves this Court for leave to file the two documents being provided to this Court as restricted and sealed pursuant to Local Rules 5.8 and 26.2.

        Respectfully submitted,

        SCOTT RICHARDSON, AS DIRECTOR OF THE
        SOUTH CAROLINA DEPARTMENT OF
        INSURANCE

By:   s/Philip F. Ackerman
       One of his Attorneys

Iain Johnston #6204667
Phil Ackerman #6255543
Johnston Greene LLC
542 South Dearborn, Suite 1310
Chicago, Illinois 60605
(312) 341-3900