**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WARRANTECH AUTOMOTIVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | 07 C 3569 |
| | ) | Consolidated with |
| HERITAGE WARRANTY INSURANCE | ) | 07 C 6977 |
| RISK RETENTION GROUP, INC., | ) | Judge Marovich |
| | ) | |
| Defendant. | ) | |

**AND**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT T. KENNEDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | 08 C 1862 |
| | ) | Judge Marovich |
| BUTLER FINANCIAL SOLUTIONS, | ) | |
| LLC and HERITAGE WARRANTY | ) | |
| INSURANCE RISK RETENTION | ) | |
| GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Attorneys of Record
    *(See Attached Service List below)*

   PLEASE TAKE NOTICE that on August 19, 2008 at 10:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Marovich, or any Judge sitting in his place or stead, in Room 1944-C of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present ***Motion of Scott H. Richardson, as Director of the South Carolina Department of Insurance for Leave to File Two Documents as Restricted Pursuant to LR 26.2***, a copy of which is hereby served upon you by electronic mail.

          Respectfully submitted,

          SCOTT RICHARDSON, AS DIRECTOR OF THE
          SOUTH CAROLINA DEPARTMENT OF
          INSURANCE


          By:    s/Philip Ackerman_____
                        One of his Attorneys

Iain Johnston #6204667
Phil Ackerman #6255543
Johnston Greene LLC
542 South Dearborn, Suite 1310
Chicago, Illinois 60605
(312) 341-3900


## CERTIFICATE OF SERVICE

    I, Phillip Ackerman, an attorney of record in this matter, hereby state that on August 4, 2008, I electronically filed the foregoing Notice of Motion, using CM/ECF SYSTEM which will send notification to all attorneys of record.

          s/Phillip Ackerman

**SERVICE LIST**
*Warrantech Automotive Inc. v Heritage Warranty, et al*
07 C 3529
**AND**
*Kennedy v Butler Financial Solutions, et al*
08 C 1862

***Attorneys for Warrantech, et al***
Paul R. Walker-Bright
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Ph:  312.207.1000
pwalker-bright@reedsmith.com

***Attorneys for Heritage, et al***
Thomas M. Dee
Husch Blackwell Sanders, LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-2706
Ph:  314.480.1909
tom.dee@husch.com

***Attorneys for Miller, et al***
Michael Murphy Tannen
Law Offices of Michael Murphy Tannen, PC
39 S. LaSalle Street, Suite 905
Chicago, IL 60603
Ph:  312.641.6650
Fx:  312.641.6656
mtannen@tannenlaw.com

***Attorneys for Kennedy, et al***
George N. Vurdelja, Jr.
Harrison & Held
333 S. Wacker, Suite 1700
Chicago, IL 60606
Ph:  312.753.6161
Fx:  312.345.2005
gvurdelja@harrisonheld.com