IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT T. KENNEDY, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:08-cv-01862 |
| ) | |
| v. ) | Judge George M. Marovich |
| ) | |
| BUTLER FINANCIAL SOLUTIONS, ) | |
| LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on the 12th day of August, 2008, at 10:30 a.m., we shall then and there appear before the Honorable Judge George M. Marovich in Room 1944-C of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present Butler Financial Solutions, LLC's attached **Motion to Dismiss Count I, III and V of Plaintiff's First Amended Class Action Complaint and Motion to File Brief in Excess of Fifteen Pages,** *Instanter*, copies of which are attached hereto and hereby served upon you.

Respectfully submitted,

LAW OFFICES OF MICHAEL MURPHY TANNEN, P.C.

By: s/ *Michael M. Tannen*
Attorneys for Butler Financial Solutions, LLC

Law Offices of Michael Murphy Tannen, P.C.
Michael M. Tannen (#6204635)
Jim D. DeMars (#6292689)
39 S. LaSalle Street, Suite 905
Chicago, IL 60603
(312) 641-6650

## CERTIFICATE OF SERVICE

Michael M. Tannen, the attorney for Defendant Butler Financial Solutions, LLC, certifies that a true copy of the foregoing pleading has been filed electronically in the ECF system and service accomplished pursuant to ECF as to counsel of record as follows:

George Vurdelja, Jr.
Harrison & Held LLP
333 W. Wacker Drive, Suite 1700
Chicago, IL 60606
(312) 753-6161
(312) 332-1150 (Fax)

Scott R. Shepherd
Shepherd Finkelman, Miller & Shah, LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
(954) 943-9191
(954) 943-9173
**Attorneys for Plaintiff**

Paul R. Walker-Bright
Reed Smith LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
(312) 207-1000
(312) 207-6400 (Fax)
E-Mail: pwalkerbright@reedsmith.com

David M. Schlecker
Reed Smith LLP
599 Lexington Avenue
New York, NY 10017
(212) 521-5400
(212) 521-5450 (Fax)
**Attorneys for Warrantech Automotive, Inc.**

John Kenneth Kallman
Law Offices of John Kenneth Kallman
221 North Lasalle Street
Suite 1200
Chicago, IL 60601-1305
(312) 578-1515
E-Mail: jkkallman@sbcglobal.net

Joel B. Samson
Thomas M. Dee
Husch & Eppenberger, LLC
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105-3441
(314) 480-1500
E-Mail: joel.samson@husch.com
　　　　Tom.dee@husch.com
**Attorneys for Heritage Warranty Insurance**

except for the following who were served *via* regular mail by depositing the same in the United States post box at 39 S. LaSalle Street, Chicago, Illinois, postage fully prepaid, before 6:00 p.m. this 4th day of August, 2008:

Douglas P. Dehler
Shepherd, Finkelman, Miller & Shah, LLC
111 East Wisconsin Ave., Ste. 1750
Milwaukee, WI 53202
Telephone: (414) 226-9900
Facsimile: (414) 226-9905

James C. Shah
Shepherd, Finkelman, Miller & Shah, LLC
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880

James E. Miller
Shepherd Finkelman Miller & Shah, LLC
65 Main Street
Chester, CT 06412

　　　　　　　　　　　　　　　　*s/ Michael M. Jannen*