UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT T. KENNEDY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUTLER FINANCIAL SOLUTIONS, LLC, HERITAGE WARRANTY INSURANCE RISK RETENTION GROUP, INC., f/k/a HERITAGE WARRANTY MUTUAL INSURANCE RISK RETENTION GROUP, INC., and JOHN DOES 1-10,<br><br>Defendants. | Case No. 1:08-CV-1862 |

**DEFENDANT BUTLER FINANCIAL SOLUTIONS, LLC'S MOTION TO FILE BRIEF IN EXCESS OF FIFTEEN (15) PAGES, *INSTANTER***

Defendant Butler Financial Solutions, LLC ("Butler"), through its attorneys Law Offices of Michael Murphy Tannen, P.C., hereby tenders its motion for leave to file its memorandum in excess of fifteen (15) pages in support of its motion to dismiss Plaintiffs' amended complaint, *instanter*. In support of its motion Butler states the following.

1. Plaintiffs recently filed their amended complaint against Butler and others regarding vehicle service contracts (VSCs) sold to the plaintiffs on which Butler was the obligor and Heritage was the insurer. The amended complaint included claims for relief under the Magnuson-Moss Warranty Act, common law breach of contract, fraud, and a request for a declaratory judgment.

2. In order to fully respond to each of the allegations in the amended complaint, Butler was required to conduct comprehensive research on complex legal

issues. In fact, based on its exhaustive research, Butler believes that its motion to dismiss raises an issue of first impression: does the McCarran-Ferguson Act, 15 U.S.C. § 1512, preclude application of the Magnuson-Moss Warranty Act since Illinois, Colorado, and North Carolina have enacted comprehensive legislation to regulate VSCs and the insurance which is statutorily required for them?

3. As a result, Butler's memorandum in support of its motion to dismiss is nineteen (19) pages, just 4 pages in excess of the fifteen (15) page limit. (See **Exhibit A**)

4. Butler hereby requests this Honorable Court for leave to file its reply brief in excess of fifteen (15) pages in support of its motion to dismiss Plaintiffs' amended complaint, *instanter*. Butler does not interpose this motion for any improper purpose such as delay or harassment of the parties. Butler does not object if Plaintiffs' response to Butler exceeds fifteen (15) pages.

WHEREFORE, Butler Financial Solutions, LLC, respectfully requests that this Court enter an order permitting it leave, *instanter*, to file its memorandum in excess of fifteen (15) pages in support of its motion to dismiss Plaintiffs' amended complaint. Butler seeks such other relief as this Court deems just and fair.

Respectfully submitted,

LAW OFFICES OF MICHAEL MURPHY TANNEN, P.C.

By: s/Michael M. Tannen
Attorneys for Butler Financial Solutions, LLC

Law Offices of Michael Murphy Tannen, P.C.
Michael M. Tannen (#6204635)
Jim D. DeMars (#6292689)
39 S. LaSalle Street, Suite 905
Chicago, IL 60603
(312) 641-6650