IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT T. KENNEDY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUTLER FINANCIAL SOLUTIONS, )<br>LLC, *et al.*, )<br>)<br>Defendants. ) | Case No. 1:08-cv-01862<br><br>Judge George M. Marovich |

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT on the 4th day of August, 2008 we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division,

**(i) Butler Financial Solutions, LLC's Answer to Plaintiff's First Amended Class Action Complaint and Cross-Claim Against Heritage Warranty Risk Retention Group**, and

**(ii) Memorandum in Support of Butler's Motion to Dismiss Counts I, III and V of Plaintiff's First Amended Class Action Complaint.**

Respectfully submitted,

LAW OFFICES OF MICHAEL MURPHY TANNEN, P.C.

By: *s/ Michael M. Tannen*
Attorneys for Butler Financial Solutions, LLC

Law Offices of Michael Murphy Tannen, P.C.
Michael M. Tannen (#6204635)
39 S. LaSalle Street, Suite 905
Chicago, IL 60603
(312) 641-6650

## CERTIFICATE OF SERVICE

      Michael M. Tannen, the attorney for Defendant Butler Financial Solutions, LLC, certifies that a true copy of the foregoing pleading has been filed electronically in the ECF system and service accomplished pursuant to ECF as to counsel of record as follows:

George Vurdelja, Jr.
Harrison & Held LLP
333 W. Wacker Drive, Suite 1700
Chicago, IL 60606
(312) 753-6161
(312) 332-1150 (Fax)

Scott R. Shepherd
Shepherd Finkelman, Miller & Shah, LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
(954) 943-9191
(954) 943-9173
**Attorneys for Plaintiff**

Paul R. Walker-Bright
Reed Smith LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
(312) 207-1000
(312) 207-6400 (Fax)
E-Mail: pwalkerbright@reedsmith.com

David M. Schlecker
Reed Smith LLP
599 Lexington Avenue
New York, NY 10017
(212) 521-5400
(212) 521-5450 (Fax)
**Attorneys for Warrantech Automotive, Inc.**

John Kenneth Kallman
Law Offices of John Kenneth Kallman
221 North Lasalle Street
Suite 1200
Chicago, IL 60601-1305
(312) 578-1515
E-Mail: jkkallman@sbcglobal.net

Joel B. Samson
Thomas M. Dee
Husch & Eppenberger, LLC
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105-3441
(314) 480-1500
E-Mail: joel.samson@husch.com
　　　　Tom.dee@husch.com
**Attorneys for Heritage Warranty Insurance**

except for the following who were served *via* regular mail by depositing the same in the United States post box at 39 S. LaSalle Street, Chicago, Illinois, postage fully prepaid, before 6:00 p.m. this 4th day of August, 2008:

Douglas P. Dehler
Shepherd, Finkelman, Miller & Shah, LLC
111 East Wisconsin Ave., Ste. 1750
Milwaukee, WI 53202
Telephone: (414) 226-9900
Facsimile: (414) 226-9905

James C. Shah
Shepherd, Finkelman, Miller & Shah, LLC
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880

James E. Miller
Shepherd Finkelman Miller & Shah, LLC
65 Main Street
Chester, CT 06412

*s/ Michael M. Jannen*

3