IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT T. KENNEDY, *et al* on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:08-CV-1862 |
| BUTLER FINANCIAL SOLUTIONS, LLC, *et al.* ) ) ) | Judge George M. Marovich |
| Defendants. ) | |

### DEFENDANT BUTLER FINANCIAL SOLUTIONS, LLC'S MOTION TO ENLARGE TIME FOR RESPONDING TO BUTLER'S CROSS-CLAIM AGAINST HERITAGE WARRANTY RISK RETENTION GROUP

Defendant, Butler Financial Solutions, LLC ("Butler"), through its attorneys Law Offices of Michael Murphy Tannen, P.C., hereby submits its motion to enlarge the time for responding to Butler's cross-claim against Defendant Heritage Warranty Risk Group ("Heritage"). In support of this motion, Butler states the following.

1. Plaintiffs have filed an amended class action complaint against (i) Butler, an obligor of vehicle service contracts ("VSCs"), (ii) Heritage Warranty Insurance Risk Retention Group ("Heritage"), Butler's insurer, and (iii) Warrantech Automotive, Inc. ("Warrantech"), Heritage's administrator of a comprehensive program to manage and pay claims of persons who purchased VSCs while Heritage's insurance policy was in effect.

2. Butler's answer and cross-claims to the amended class action complaint were due on August 4, 2008.

3. Butler filed its answer and cross-claim on August 4. Butler interposed a cross-claim against Heritage. At the time that Butler filed its answer and cross-claim, this

Court had not entered any order staying this litigation or the filing of cross-claims. In fact, this Court denied Heritage's motion to stay proceedings in June 2008 and refused to stay the case on July 22, 2008.

4. Butler's cross-claim in this case is virtually identical to Butler's counterclaim against Heritage in Case No. 07-3539, pending in this Court and captioned as *"Warrantech Automotive Corporation v. Heritage Warranty Risk Retention."*. Heritage has moved to dismiss portions of Butler's counterclaim in Case No. 07-3539 and Butler has filed its response thereto.

5. Butler submits that in the name of judicial economy, it makes sense that the time for responding to Butler's cross-claim, and any motion and discovery practice related thereto, be delayed and held in abeyance pending ruling by this Court on Heritage's motion to dismiss Butler's counterclaim against Heritage in Case No. 07-3539. Otherwise, the parties may be burdened with duplicative motion practice in related cases over virtually identical pleadings.

6. Butler has attached a proposed order as **Exhibit A**.

WHEREFORE, Defendant Butler Financial Solutions, LLC respectfully requests that this Court enter an order enlarging the time for responding to the cross-claim filed by Butler Financial Solutions, LLC against Defendant Heritage Warranty Risk Retention Group pending resolution by this Court of the motion to dismiss the counterclaim of Butler Financial Solutions, LLC filed against Heritage Warranty Risk Retention Group in Case No. 07-3539, pending in this Court and captioned as *"Warrantech Automotive Corporation v. Heritage Warranty Risk Retention."*

Respectfully submitted,

LAW OFFICES OF MICHAEL MURPHY TANNEN, P.C.

By: *s/Michael M. Tannen*
Attorneys for Butler Financial Solutions, LLC

Law Offices of Michael Murphy Tannen, P.C.
Michael M. Tannen (#6204635)
Jim D. DeMars (#6292689)
39 S. LaSalle Street, Suite 905
Chicago, IL 60603
(312) 641-6650


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT T. KENNEDY, *et al* on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>BUTLER FINANCIAL SOLUTIONS, LLC, *et al.*<br>          Defendants. | Case No. 1:08-CV-1862<br><br>Judge George M. Marovich |

## ORDER

This matter, coming to be heard on the motion of Defendant Butler Financial Solutions, LLC ("Butler") to enlarge the time for responding to Butler's cross-claim against Defendant Heritage Warranty Risk Group ("Heritage"), due notice given, the Court being advised in the premises,

**IT IS ORDERED:**

The motion of Defendant Butler Financial Solutions, LLC ("Butler") to enlarge the time for responding to Butler's cross-claim against Defendant Heritage Warranty Risk Group ("Heritage") is granted. The time for responding to Butler's cross-claim, and any motion and discovery practice related thereto, is hereby delayed and held in abeyance pending ruling by this Court on Heritage's motion to dismiss Butler's counterclaim against Heritage in Case No. 07-3539, pending in this Court and captioned as *"Warrantech Automotive Corporation v. Heritage Warranty Risk Retention."*

Entered: _____
Judge George M. Marovich

Law Offices of Michael Murphy Tannen, P.C.
Michael M. Tannen (#6204635)
Jim D. DeMars (#6292689)
39 S. LaSalle Street, Suite 905
Chicago, IL 60603
(312) 641-6650

