IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT T. KENNEDY,<br><br>      Plaintiff,<br><br>v.<br><br>BUTLER FINANCIAL SOLUTIONS,<br>LLC, *et al.*,<br><br>      Defendants. | )<br>)<br>)  Case No. 1:08-cv-01862<br>)<br>)  Judge George M. Marovich<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

    PLEASE TAKE NOTICE THAT on the 12th day of August, 2008, at 10:30 a.m., we shall then and there appear before the Honorable Judge George M. Marovich in Room 1944-C of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present **Butler Financial Solutions, LLC's Motion to Enlarge Time for Responding to Butler's Cross-Claim Against Heritage Warranty Risk Retention Group,** a copy of which is attached hereto and hereby served upon you.

                                  Respectfully submitted,

                                    LAW OFFICES OF MICHAEL MURPHY TANNEN, P.C.

                                    By: *s/ Michael M. Tannen*
                                         Attorneys for Butler Financial Solutions, LLC

Law Offices of Michael Murphy Tannen, P.C.
Michael M. Tannen (#6204635)
Jim D. DeMars (#6292689)
39 S. LaSalle Street, Suite 905
Chicago, IL 60603
(312) 641-6650

## CERTIFICATE OF SERVICE

     Michael M. Tannen, the attorney for Defendant Butler Financial Solutions, LLC, certifies that a true copy of the foregoing pleading has been filed electronically in the ECF system and service accomplished pursuant to ECF as to counsel of record as follows:

George Vurdelja, Jr.
Harrison & Held LLP
333 W. Wacker Drive, Suite 1700
Chicago, IL 60606
(312) 753-6161
(312) 332-1150 (Fax)

Scott R. Shepherd
Shepherd Finkelman, Miller & Shah, LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
(954) 943-9191
(954) 943-9173
**Attorneys for Plaintiff**

Paul R. Walker-Bright
Reed Smith LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
(312) 207-1000
(312) 207-6400 (Fax)
E-Mail: pwalkerbright@reedsmith.com

David M. Schlecker
Reed Smith LLP
599 Lexington Avenue
New York, NY 10017
(212) 521-5400
(212) 521-5450 (Fax)
**Attorneys for Warrantech Automotive, Inc.**

John Kenneth Kallman
Law Offices of John Kenneth Kallman
221 North Lasalle Street
Suite 1200
Chicago, IL 60601-1305
(312) 578-1515
E-Mail: jkkallman@sbcglobal.net

Joel B. Samson
Thomas M. Dee
Husch & Eppenberger, LLC
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105-3441
(314) 480-1500
E-Mail: joel.samson@husch.com
         Tom.dee@husch.com
**Attorneys for Heritage Warranty Insurance**

Iain Johnston
Phil Ackerman
Johnston Greene LLC
542 S. Dearborn, Suite 1310
Chicago, IL 60605
(312) 341-3900
**Attorneys for Scott Richardson, as Director
of the South Carolina Department of Insurance**

except for the following who were served *via* regular mail by depositing the same in the United States post box at 39 S. LaSalle Street, Chicago, Illinois, postage fully prepaid, before 6:00 p.m. this 5th day of August, 2008:

Douglas P. Dehler
Shepherd, Finkelman, Miller & Shah, LLC
111 East Wisconsin Ave., Ste. 1750
Milwaukee, WI 53202
Telephone: (414) 226-9900
Facsimile: (414) 226-9905

3

James C. Shah
Shepherd, Finkelman, Miller & Shah, LLC
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880

James E. Miller
Shepherd Finkelman Miller & Shah, LLC
65 Main Street
Chester, CT 06412

*s/ Michael M. Jannen*

4