IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT T. KENNEDY, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BUTLER FINANCIAL SOLUTIONS, LLC, HERITAGE WARRANTY INSURANCE RISK RETENTION GROUP, INC., f/k/a HERITAGE WARRANTY MUTUAL INSURANCE RISK RETENTION GROUP, INC., and JOHN DOES 1-10, <br><br> Defendants. | Case No. 1:08-cv-1862 <br><br> Honorable George M. Marovich |

### PLAINTIFFS' NOTICE OF OPPOSITION TO RECEIVER'S MOTION FOR STAY AND REQUEST FOR BRIEFING SCHEDULE

Plaintiffs, through their counsel, notify the Court that they oppose the Receiver's Motion for a Stay and request that at the August 19, 2008 hearing scheduled on the Motion for a Stay, the Court set a briefing schedule.

Plaintiffs note that the Motion for a Stay has not yet been filed in the Docket in this matter, but because of confidentiality issues has only been delivered to the Court. These confidentiality issues, as well as the Receiver's Motion to Intervene, must be resolved prior to briefing and resolution of the Motion for a Stay.

Wherefore, Plaintiffs ask that at the August 19, 2008 conference scheduled in this matter the Court set a briefing schedule.

                Respectfully submitted,

Date: August 8, 2008          **HARRISON & HELD LLP**

                By:    s/George N. Vurdelja, Jr.
                         George N. Vurdelja, Jr.
                         333 W. Wacker Drive, Suite 1700
                         Chicago, Illinois 60606
                         Telephone: 312/753-6161
                         Facsimile: 312/332-1150
                         gvurdelja@harrisonheld.com

                         Jeffrey A. Berens
                         **DYER & BERENS LLP**
                         682 Grant Street
                         Denver, Colorado 80203
                         Telephone: 303/861-1764
                         Facsimile: 303/395-0393
                         jeff@dyerberens.com

                         Scott R. Shepherd
                         **SHEPHERD, FINKELMAN, MILLER**
                         **& SHAH, LLP**
                         1640 Town Center Circle, Suite 216
                         Weston, FL 33326
                         Telephone: 954/943-9191
                         Facsimile: 954/943-9173
                         sshepherd@sfmslaw.com

                         Douglas P. Dehler
                         **SHEPHERD, FINKELMAN, MILLER**
                         **& SHAH, LLP**
                         111 East Wisconsin Avenue, Suite 1750
                         Milwaukee, Wisconsin 53202
                         Telephone: 414/226-9900
                         Facsimile: 414/226-9905
                         ddehler@sfmslaw.com

                         James C. Shah
                         **SHEPHERD, FINKELMAN, MILLER**
                         **& SHAH, LLP**
                         35 E. State Street
                         Media, Pennsylvania 19063
                         Telephone: 610/891-9880
                         Facsimile: 610/891-9883
                         jshah@sfmslaw.com
                         **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify on August 8, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. All counsel of record have been notified via the CM/ECF system.

By: /s/Scott R. Shepherd
Scott R. Shepherd
No. 069655
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: 954/943-9191
Facsimile: 954/943-9173
sshepherd@sfmslaw.com