# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George M. Marovich | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1862 | **DATE** | 8/12/2008 |
| **CASE TITLE** | Kennedy vs. Butler Financial Solutions, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant Butler Financial Solutions, LLC's motion for leave to file its memorandum in support of its motion to dismiss in excess 15 pages instanter [116] is granted. Briefing schedule set on defendant Butler Financial Solutions, LLC's motion to dismiss [114] and defendant Warrantech Automotive, Inc.'s motion to dismiss [106] as follows: response due by 9/16/2008; reply due by 10/7/2008; rule by mail. Defendant Butler Financial Solutions, LLC's motion to enlarge time [119] is denied.

Docketing to mail notices.

01:00

| | Courtroom Deputy Initials: | CW |
|---|---|---|