**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Robert T. Kennedy
                                        Plaintiff,
v.                                      Case No.: 1:08−cv−01862
                                        Honorable George M. Marovich
Butler Financial Solutions, LLC, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

    MINUTE entry before the Honorable George M. Marovich: Motion hearing held. Director Scott H Richardson is given leave to intervene. Intervenor's motion for leave to file two documents as restricted and sealed pursuant to LR 26.2 [111] is granted; said documents are to remain under seal and can be returned to counsel for the intervenor at the conclusion of this case. Case is stayed until 9/25/2008. Status hearing set for 10/7/2008 at 11:00 a.m.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.