# HERITAGE WARRANTY MUTUAL INSURANCE
# RISK RETENTION GROUP, INC.

### Application for Membership/Insurance Coverage:
Information provided on this form is confidential and used solely for underwriting purposes.

Insured:          Butler Financial Solutions, LLC
                 2300 Corporate Blvd. NW
                 Suite 214
                 Boca Raton, FL 33431

Contact Person:     Mr. Harris G. Miller

**Coverage:** Contractual liability coverage for claims incurred as of the Effective Date subject to the attached Policy terms and per the Addenda identified below and defined in said Policy.
**Maximum Liability Limits:** Per the Addenda terms and conditions and subject to insurance policy terms and Endorsements identified below.

*By signing below on this 1st day of May, 2001, I declare I am authorized by the insured named above to provide the information contained in this application, to secure membership in the Risk Retention Group and to purchase liability insurance coverage. I understand a $10.00 fee for membership is in addition to insurance premiums for which a Declaration Page will be issued evidencing Risk Retention Group membership. I further declare that Butler Financial Solutions, LLC, is, to the best of my knowledge, financially sound, solvent and current within 90 days on payment of legal liabilities to purchasers and insurers of service contracts and Addenda (as defined in the Policy).*

_____, President

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

### NOTICE

This Policy is issued by your risk retention group. Your risk retention group may not be subject to all of the insurance laws and regulations of your state. State insurance insolvency guaranty funds are not available for your risk retention group.

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

(TO BE COMPLETED BY HERITAGE WARRANTY MUTUAL INSURANCE COMPANY)

**POLICY NUMBER:**      _____
**EFFECTIVE DATE:**     _____ (Policy effective until cancelled)
**PREMIUM:**              _____
**COVERED CONTRACTS:** _____
**ENDORSEMENTS:**      _____

Accepted By: _____

Hyle H. Erwin, Vice President
Heritage Warranty Mutual Insurance Risk Retention Group, Inc.

**EXHIBIT C**