IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WARRANTECH AUTOMOTIVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | 07 C 3569 |
| | ) | Consolidated with |
| HERITAGE WARRANTY INSURANCE | ) | 07 C 6977 |
| RISK RETENTION GROUP, INC., | ) | Judge Marovich |
| | ) | |
| Defendant. | ) | |

AND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT T. KENNEDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | 08 C 1862 |
| | ) | Judge Marovich |
| BUTLER FINANCIAL SOLUTIONS, | ) | |
| LLC and HERITAGE WARRANTY | ) | |
| INSURANCE RISK RETENTION | ) | |
| GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION OF SCOTT H. RICHARDSON, AS DIRECTOR OF THE
SOUTH CAROLINA DEPARTMENT OF INSURANCE,
<u>TO WITHDRAW AS INTERVENOR</u>**

Scott Richardson, as the Director of the South Carolina Department of Insurance ("SCDOI"), respectfully moves this Court pursuant to Federal Rule of Civil Procedure 24 for leave to withdraw as intervenor from these cases without prejudice.

SCDOI previously applied for leave to intervene in these cases for the limited purpose of seeking a brief stay. (SCDOI Mem. of Law in Support of Mot. to Intervene and for a Stay, at 1.) This Court granted SCDOI's motion to intervene and the brief stay sought by SCDOI. (8/29/2008 Order.) Upon expiration of the brief stay of these cases sought by SCDOI, this Court expressly lifted the stay. (10/28/2008 Order.)

Since the limited purpose for which SCDOI sought intervention is now completed, SCDOI wishes to withdraw as intervenor in these cases.

WHEREFORE, Scott Richardson, as the Director of the South Carolina Department of Insurance ("SCDOI"), respectfully moves this Court for leave to withdraw as intervenor in these cases without prejudice.

> Respectfully submitted,
>
> SCOTT RICHARDSON, AS DIRECTOR OF THE
> SOUTH CAROLINA DEPARTMENT OF
> INSURANCE
>
> By: /s/Philip Ackerman
>       One of his Attorneys

Iain Johnston #6204667
Philip Ackerman #6255543
Johnston Greene LLC
542 South Dearborn, Suite 1310
Chicago, Illinois 60605
(312) 341-3900